# 17CV 1120

# Memorandum of Law and Record in Support of Affidavits and Petition for Expungement of Criminal Records and Settlement in Behalf of Ambassador; Foreign Neutral

Ambassador Benjamin Dodoo

244 Fifth Avenue, Suite D47

New York, N.Y. 10001

Phone: 914-649-1250 Fax: 1-646-661-3064

Email: bendodoo746@gmail.com

RECEIVED
SDNY PRO SE OFFICE
2017 FEB -8  PM 4: 11
S.D. OF N.Y.

# Table of Contents

**Introduction (A)** Petition for Expungement of Criminal Records in behalf of Ambassador; Foreign Neutral and settlement (2 pages) attached to; **Introduction (B)** Memorandum of Law and Record in Support of Affidavits and Petition for Expungement of Criminal Records and Settlement in Behalf of Ambassador; Foreign Neutral

**Introduction (B)**..........................................................................................................Page 1

**Point 1.** Notice of Administrative Civil R e m e d y Points and Authorities.............. Page 3

**Point 2.** Cause of Action.............................................................................................Page 6

**Point 3**. The Statement................................................................................................Page 6

**Point 4.** C. P. L. § 200.10 Indictment Definition ......................................................Page 7

**Point 5.** A Perfect Example of a True Bill Indictment...................................................Page 8

**Point 6.** Indictment# 1177-03 Is Facially Insufficient, void and Jurisdictionally Defective

........................................................................................................................................Page 9

**Point 7.** Personal Liberty; Expungement, and Cancellation of Contracts.................Page 11

**Point 8.** Diplomatic Immunity....................................................................................Page 12

**Point 9.** Default Judgment..........................................................................................Page 13

**Point 10.** Notice and Settlement [Proof of Claim] ....................................................Page 14

**Point 11.** Conclusion...................................................................................................Page 15

**Total Pages of Memorandum of Law and Record in Support of Affidavits and Petition for Expungement of Criminal Records and Settlement in Behalf of Ambassador; Foreign Neutral are seventeen pages (17 pages) total not including exhibits. <u>Exhibits</u>:  <u>Exhibit A</u> indictment # 1177-03 void 7 pages (plus one page of the District Attorney's demand for discovery and inspection with Jeanine Pirro's true signature; fraudulent indictment, and Uniform Sentence & Commitment void (1 page). <u>Exhibit B</u>; In itinere-Mission Statement by Apostille with certificate (5 pages total) and Affidavit and Diplomatic Status with Certificate of Authentication with Certificate; and Affidavit And Property Rights including Letters of Administration With Will Annexed from Geoffery William Dodoo-In The Name of God Amen (14 pages total). <u>Exhibit C</u>; 1 page Affidavit of Service dated January 5th 2017 with USPC Tracking® Tracking Number 70160340000065345066 with U.S. Postal Service™ CERTIFIED MAIL® RECEIPT; Number 7016 0340 0000 6534 5066.**

**Introduction (A)**

In the matter of the application of

B E N J A M I N  D O D O O ©,

PETITIONER

VS.

WESTCHESTER COUNTY

JEANINE PIRRO et al.

WHITE PLAINS, NEW YORK

RESPONDENTS

Petition for Expungement of Criminal Records

in  Behalf of Ambassador ; Foreign Neutral and

Settlement

Index no._____

Referring to indictment # 1177-03

**Rule 55.1, Rule 55.2 (a); Rule 55 (a)**

**Default Judgement**

**U.S. District Court of the Southern and Eastern District of New York (Individual Judge Rules of Kevin Castel) shall take Judicial Notice.**

To the U.S. District Court of the Southern and Eastern District of New York (Individual Judge Rules of Kevin Castel).

Petitioner respectfully alleges and shows:

That, Benjamin Dodoo, the petitioner, claimant, and the undersigned, makes application herein on his own.

That, the governing law of this private contract is the agreement of the parties in the enclosed Memorandum of Law and Record in Support of Affidavits and Petition for Expungement of Criminal Records and Settlement In Behalf of Ambassador; Foreign Neutral attached hereto is supported by the Law Merchant and applicable maxims of law established by silence, acquiescence, and tacit agreement. Said memorandum including exhibits were mailed certified mail # 7016 0340 0000 6534 5066 on 01/05/17 and was received by Agent on 01/09/17 in behalf of Janet Difiore District Attorney et al. of Westchester County at the District Attorney's Office 111 Martin Luther King, Jr. Boulevard, White Plains, New York 10601.

That, the former imprisonment and restraint of said Benjamin Dodoo  was by a void mandate in  ᵗʰe above case matter and was and is constitutional impermissible application of statute, and agreed to the stipulated false arrest, malicious prosecution, conspiracy, unlawful incarceration,

malpractice, violation of due process of law of the Federal and N.Y. State Const., and statutes, as well as lack of jurisdiction, defamation of character, violation of oath of office, fraud by scienter, and otherwise. Additionally, there is no controversy in this case matter; and otherwise as stated in the Memorandum of Law and Record in Support of Affidavits and Petition for Expungement of Criminal Records and settlement in Behalf of Ambassador; Foreign Neutral. The matter is affirmed and Res Judicata and all the evidence within is before the Court, for reference see Doc 37 Am Jur. 2d Fraud and Deceit § 359 Affirming a contract induced by fraud. An order to expunge my criminal file has been agreed upon as well as settlement at 100 million dollars USD check which is to be mailed to the undersigned within 3 days of the court in possession of this brief, mailed to: Ambassador Benjamin Dodoo 244 Fifth Avenue, Suite D47 New York, N.Y. 10001 (Phone: 914-649-1250 Fax: 1-646-661-3064. Email: bendodoo746@gmail.com).


Thank You,




Respectfully Submitted,


*Benjamin Dodoo*
_____

Ambassador Benjamin Dodoo

Private Banker

Secured Party Creditor

BENJAMIN DODOO© ens legis

Judica Me Domine quoniam

# Memorandum of Law and Record in Support of Affidavits and Petition for Expungement of Criminal Records and Settlement in Behalf of Ambassador; Foreign Neutral

**Introduction (B)**                          **In reference to indictment # 1177-03**

### Non-Negotiable -Private Between the Parties

**Conditions of Notice;**

**A.** Claimant desires to settle this matter via good faith via acceptance and to satisfy any obligation established or indicated by any presentment from Respondents by agreement predicated and conditioned upon Proof of Claim, Statements of Claims, Statements of Facts, (discovery & evidence).

**B.** The use of any Notary by Claimant is to keep the record, and acknowledge the signature of the undersigned. Claimant is the living flesh-and -blood sentient being, who's:

**1.** "Fifth Amendment privilege applies only to natural individuals and protects only private papers..." Brusswell vs. United States 487 U.S. 99 (1988) also see United States vs. White 322 U.S. 694 64 S. ct 12488, 88 L. Ed 1542 (1944) [cite at 699 64 c.t. at 1251] and;

**2.** Is not a signatory to any State or Federal Constitution.

**3.** Is not a party to any State or Federal Compact.

**4.** Is not named in the statutes of any State or Federal Government.

**5.** Has the right to exercise this private administrative process for my civil remedy.

**6.** Has the personal knowledge of the facts of the matter and are contained in affidavits duly notarized.

**7.** Initiates process and contact in Good Faith, with Clean Hands and Fair Dealing implied in Legislative, Executive (Administrative Agencies) and Judiciary Law.

**8.** Has expectation that agents, employees and officers of government or quasi-government (private) corporation, and the private sector will act fairly and honestly in good faith, with clean hands and without intent to cheat, hinder, delay, defraud, lie, coerce, use undue influence, threaten, or use physical force (beatings) or violate their oath of office.

1. CERTIFIED MAIL # 7016 0340 0000 6534 5066

**Respondents** to this private administrative process as a civil remedy are to:

**1.** Substantiate the validity and the accuracy of their presentment (whether complaint, information, indictment) or otherwise;

**2.** Produce Delegation of Authority-private/public (duly sanctioned) or otherwise;

**3.** Produce Constitutional 'Oath of Office' duly signed and witnessed;

**4.** Produce any Contract or Agreement bearing bona fide signatures including those of Claimant;

**5.** Produce Constitutional authority of Respondents to act against Claimant;

**6.** Produce bases upon which any claim operates upon Claimant;

**7.** Operate with Good Faith, Clean Hands, Fair Business Dealing;

**8.** Provide 'Full Disclosure' at all times, and;

**9.** Conduct this matter under the principles of American Jurisprudence and Law;

**10.** Disclose whether the instant matter is a proceeding in a time of peace;

**11.** Disclose whether the instant matter is a proceeding in a time of war;

**12.** Act in a manner so as not to cheat, hinder, delay or defraud the Claimant in any manner;

**13.** Act in a manner not to coerce Claimant under color of law or to subject Claimant to involuntary servitude and peonage;

**14.** Insure that, in this instant matter, Respondents agree not to commit fraudulent concealment, denial of substantive due process, denial of due process law, to mutual conspiracy to engage in a scheme of unjust enrichment, or a Declaration of War against the Claimant to subject Claimant to a state of involuntary servitude and peonage in violation of:

**a.** U.S. Const. Bill of rights-right to Life, Liberty and of Pursuit of happiness. In accordance with Rights, Privileges and Franchises Secured, Article 1§ 1. N.Y. State Const. and Equal Protection of Laws; Discrimination in Civil Rights Prohibited, Article 1§ 11 N.Y. State Const.

**b.** Thirteenth Amendment of the Constitution of the United States;

**c.** Title 18 U.S.C. § 242 and § 1581;

**d.** Title 42 U.S.C. § 1981 § 1983 § 1985 and § 1994;

**e.** Article 6 of American Convention on Human Rights;

**f.** Universal Declaration of Human Rights Article 8.

2. CERTIFIED MAIL # 7016 0340 0000 6534 5066

**15.** Or where Respondents are private men/women; within the context above, validate the claim, acts or otherwise as to show actions, statements were proper, lawful and correct and that Respondents actions were not injurious in any capacity.

**Notice:** Claimant does not assume that Respondents are deceitfully attempting to assert a requirement where none exists, to file a form or allege a tax liability where none exists, nor are Respondents attempting to force Claimant to participate through coercion and/or undue influence to perform or pay a debt to society against Claimant's will.

**Requirements of Respondents**

**1. <u>After review of the presentment, law, statutes, codes, evidence, affidavits etc., transmit a notice to claimant that there has been misapplication of statute/ law.</u>**

**2. <u>Provide Proof of Claims, Statements of Claims, Statement of Facts.</u>**

**3. <u>Otherwise Respondents understand and agrees that a non-response, silence, and /or refusal to provide Proof of Claims constitutes full agreement to all the facts as they operate in favor of the Claimant in accordance with the Fed. R. Civ. P. 56 (a), 56 (c), (1), (a), and (b), (written statements made under oath); and Rule 55.1, Rule 55.2 (a) of the U.S. Dist. Ct. Rules S. & E. D. N.Y. Individual Judge Rules of Kevin Castel; Default Judgment; In accordance to Rule 55 (a) of the Fed. R. Civ. P. and settlement sum certain at a fixed interest rate at 100 Million U.S. dollars in full accordance with 9 NYCRR § 6193.4 Sub (a) Expungement of DNA Records, and U.S.C.A. Art. IV § I Full Faith and Credit & § II cl. 1 Privileges and Immunities clause in accord with 17 U.S.C.A, §301; and 28 U.S.C.A § 1338 sub (a) BENJAMIN DODOO© (See: Amend XIV US Const. § 1, Article I § 7 (a) N.Y. State Const.).</u>**

## 1. <u>NOTICE OF POINTS OF ADMINISTRATIVE CIVIL REMEDY POINTS AND AUTHORITIES</u>

**NOTICE**: " It is the manner of enforcement which gives Title 42 § 1983 its unique importance, for enforcement is placed in the hands of the people. Each citizen acts as a private attorney general who takes on the mantel of the sovereign," guarding for all of us the individual liberties enunciated in the Constitution..." (<u>Frankenhauser vs. Rizzo</u> 59 F.R.D. (1973) Emphasis added.

**(a)** Undersigned Claimant herein is utilizing this Memorandum of Law and Record in Support of Affidavits and Petition for Expungement of Criminal Records and Settlement in Behalf of Ambassador; Foreign Neutral as a civil remedy to determine the nature and cause of the incident, matter, injuries, documents, authority, jurisdiction, commercial matter, monetary assessment described herein or otherwise; by the result of this administrative process, **<u>via agreement, stipulation or confession.</u>**

**(b)** Referring to the Legal Research Manual by Christopher and Jill Wren, Legal Information Alert says " This is an easy-to-read paperback whose stated purpose is to present basic legal research procedures. It does this very well. The Alert highly recommends it."

**2.** The principles that arise from the Administrative Procedure Act (APA), Title 5 United States Code, State and Federal Constitution requirements " operate upon [all] agents/employees of [companies], corporations [government corporations]"; in accordance with Administrative Law 22 NYCRR sec 100.3 [(11), (C), (1)], and take notice... Article X § 4 N.Y. State Const.; "The Federal Tort Claims Act (FTCA) makes the government liable for torts committed by government employees where the government would be liable if it were a private person" 902 F. Supp. 486 Wright vs. U.S. (S.D. NY. 1995) [cite at 902 F. Supp. 488].

**(a.)** The APA establishes liberal standards for allowing participation by persons who either have a personal interest in the outcome of the proceeding or represent a pertinent public interest, see: Title 5 U.S.C. § 703.

**3.** Claimant initiates this private administrative process as a civil remedy under the principal of contract, which operates upon the agent/employee to be a fact finder.

**4.** Claimant fully understands that it is not the intent of the Respondents to mislead or otherwise defraud, deceive, or withhold any evidence as applied to the inquires and requested documents herein, and claimant herein rests upon Respondents Good Faith and Clean Hands Doctrine and duty to respond.

**5.** Claimant has an expectation of Good Faith on the part of the Respondents as Agents and employees on behalf of companies, corporations, government corporations or officers and judges of the court to answer the inquires, to give proof, to produce requested documents and evidence.

**6.** Claimant is acting in a private capacity as a fact finder within the undersigned's private administrative process to secure a preponderance of proof, evidence or otherwise, where facts asserted [or admitted] are more probable true than false. In said case proceedings must be of a type commonly relied upon by reasonably prudent men in the conduct of their serious affairs. Therein, Respondents have a good faith duty to respond and answer the inquiries and or provide requested Proof of Claim, Statements of Claims and or Statement of Facts.

**7.** The responses, or assents, or failure or refusal to provide and produce the requested evidence in the absence of response will provide the undersigned a means to determine the nature and cause of the Respondents actions and documents which will result to discharge/ summary judgment on default.

**(a) However, "silence can only equate with fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be intentionally misleading." (U.S. vs. Prudden 424 F. 2d 1021 (1070).**

4. CERTIFIED MAIL # 7016 0340 0000 6534 5066

**(b)** " In a commercial context, a duty to speak, with care, exists when the relationship of the parties, arising out of contract or otherwise is such that in morals and good conscience one has the right to rely on the other for information. In such cases, a failure to speak amounts to the suppression of a fact which should have been disclosed and is a fraud just as much as an affirmative falsehood" (Doc: 60 A N.Y. Jur 2d Fraud and Deceit § 97).

**(c)** As with any administrative process, Respondents may controvert the statements and/or claims made by Petitioners by executing and delivering a verified response point by point, with evidence in support or stipulate that no document or exhibit exists in the record, or no proof/statement of claim/fact exists on said point by point basis. Respondents may agree and admit to all statements and claims made by Petitioner by simply remaining silent, **Silence equates to agreement**.

**(d)** "It is a general rule that if one party to a contract or transaction has superior knowledge not open to both parties alike, he or she is under legal obligation to speak, and his or her silence constitutes fraud". (Doc: 60 A N.Y. Jur 2d Fraud and Deceit § 98).

**8.** In the event Respondents admit to the statements and claims by non-response or silence, all issues are deemed settled **STARE DECISIS**, and Respondents may not argue, controvert, or otherwise protest the finality of the administrative findings/decisions in any subsequent process, whether administrative, Judicial, or commercial.

**9.** Respondents are granted a minimum of ten days (10) days or up to 30 days if specifically specified... and are to respond to the "Proof of Claims", Statements, Facts, Questions and Charges, or otherwise herein and/or to provide Respondents own Answers to these Inquires.

**10.** Expectation: In the event Respondents believe the acts complained of may be raised to the level of and prosecuted as a CRIMINAL ACT, Respondents may forward a copy of administrative pleadings to the proper prosecuting authority, along with a demand that such proper authority investigates the acts complained of and decide as to whether Respondents may be criminally prosecuted or indicted for any matter raised in administrative pleading. Respondents must serve, or cause to be served a certified copy of such demand for criminal investigation, and proof of submission to the appropriate Grand Jury or prosecuting authority, along with a request for an extension of time to respond based upon Respondent's right or privilege against self-incrimination.

**(a) That,** I, Benjamin Dodoo, herein Affiant, Claimant, and Petitioner the undersigned, a living breathing man, being first duly sworn, depose, say and declare by my signature that the following facts are true, correct and complete to the best of my knowledge and belief.

**(b) That,** Affiant, Claimant, and Petitioner the undersigned is competent to state the matters included in his declaration, has knowledge of the facts, and declared them to the best of his knowledge, and that the statements made are true, correct and not meant to mislead.

5. CERTIFIED MAIL # 7016 0340 0000 6534 5066

## 2. Cause of Action

**(a) That**, the cause or pretense of detention of said Benjamin Dodoo, according to the best of my knowledge and belief is constitutional impermissible application of statute, false arrest, malicious prosecution, conspiracy, unlawful incarceration, malpractice, violation of due process of law of the Federal and N.Y. State Const., and statutes, as well as lack of jurisdiction, defamation of character, violation of oath of office, fraud by scienter, and otherwise.  The undersigned was unlawfully charged with Rape in the 1st Degree, Sodomy in the 1st Degree, Sexual Abuse in the 1st Degree; [four counts], and Unlawful Imprisonment in the 2nd Degree in Westchester County at 77 South Lexington Ave in White Plains Police Department, in White Plains New York, on or around 5/25/03. Claimant was originally sentenced after trial on 12/07/04 to Sodomy in the 1st Degree (4 cts.) and Sexual Abuse in the 1st Degree and sentenced to twelve years in New York State Prisons to run concurrent. I was released on October 3rd 2016 and I am now serving 5 years post-release supervision.

**(b) That**, Claimant was re-sentenced on July 21, 2008 by the same sentencing Judge Barbara Zambelli in Westchester County Court House at 111 Martin Luther King Jr. Blvd. in White Plains New York, for Sodomy in the 1st Degree, and Sexual Abuse in the 1st Degree; [four counts] to serve five years post release supervision under the statute of physically helpless; five years with a period of three years post-release supervision on each count to run concurrent definite/determinate in violation of the United States, and New York State Constitutions, as well as New York and Federal statutes.

**(c) That**, the judgment of conviction rendered for the offenses of Sodomy in the 1st Degree [Penal Law 130.50] and Sexual Abuse in the 1st Degree four counts [Penal Law 130.65] are in violation of the law upon the grounds that:

## 3. The Statement

**(a) That**, the statement was not made by Mr. Dodoo given to the White Plains Police/ Detectives Rick Lee and Dennis Doherty as natural persons pursuant to Article X § 4 of the N.Y. State Const. The statement is in violation of Title 18 U.S.C.A. § (c), (1) on or around May 25, 2003 in reference to the Thirsty Turtle Bar in White Plains N.Y. which was the only source to bring about my conviction, and was compulsory self-incrimination and psychologically coerced under duress and rendered involuntary false confession. I Mr. Dodoo was in the White Plains Police headquarters unlawfully for approximately twelve hours without food or water unable to leave, not being under arrest nor read my rights (in violation of Title 18 U.S.C.A. § 1201) after a night of drinking and I was not allowed to use the phone. Police detectives took advantage of my weakened state of mind. This is in violation of the 5th Amendment of the United States Constitution and due process clause of the 14th Amendment, this Law enforcement practice contravene the very basis of our criminal jurisprudence. Additionally, I was never given a breathalyzer test.  The statements are not admissible in any court proceeding. "A state must establish guilt by evidence independently and freely secured and may not by coercion prove its charge against and accused

6. CERTIFIED MAIL # 7016 0340 0000 6534 5066

by his own mouth." Rogers vs. Richmond, (365 U.S. 534 81 ct 735, 739, S1. Ed 2d 760). The statement on or around May 25, 2003 used for a fraudulent indictment to fraudulently indict is in violation of C.P.L. § 200.50 subds 7 (a), (e). The invalid, facially insufficient void ab initio indictment is without factual statement in each count pursuant to C. P. L. § 200.50 subd (7).

**(b) That,** the indictment does not support facts that there was a felony that was sexually motivated. Judicial power when exercised over the undersigned in this matter requires a corpus delicti or damaged party who has sworn out a complaint brought against the undersigned. This is lacking in the criminal complaint brought against petitioner, and against substance in statute; and substance in matter of fact, there is no DNA evidence to support the prosecutions claim pertaining to the undersigned. A grand jury indictment was never filed in reference to indictment # 1177-03, pursuant to C. P. L. § 190. 65 subd (3), as evidenced referring to C. P. L. § 200.50 subds (8) and (9), this is against form in the statute of C. P. L. § 200.50 and therefore unconstitutional (See: 5th Amend U.S. Const. and Art. 1 § 6 N.Y. State Const.).

**(c) That,** in a past article by Daniel Wise in the New York Law Journal on Friday, April 1, 2011 titled "Wrongful Conviction Suit Reinstated For Man Who Confessed To Crime" has been "exonerated by DNA evidence and is allowed to sue the state for damages..." The same shall be provided in my case, additionally, in my case provided herein of Indictment # 1177-03 it shall be done in full accordance to 9 NYCRR § 6193.4 Sub (a) Expungement of DNA Records.

**(d) That,** "If a criminal statute is unconstitutional the court lacks subject matter jurisdiction and cannot proceed to try the case" (CJS Criminal Law § 157 pg. 189). Westchester County Court never had jurisdiction of my person or subject matter in the case of indictment # 1177-03. "The want of a sufficient affidavit, complaint, or information goes to the jurisdiction of the court*** and renders all proceedings prior to the filing of a proper instrument void ab initio." (22 CJS Criminal Law § 324 pg. 390). In this case provided of indictment # 1177-03, these affidavits, complaint, and information is submitted to the clerk of the U.S. District Court of the Southern and Eastern District; Individual Rules of Judge Kevin Castil, and rendered all White Plains Police Dept. and Westchester County Court's proceedings void by default judgment. A proper instrument was never filed, and therefore, the Judgment of conviction is void ab initio. Judge Barbara Zambelli made a bias ruling and subjected the undersigned to involuntary servitude forcing me to serve a 12-year sentence with 5 years post supervision in violation of Amend XIII of the U.S. Const. and; Amend XIV U.S.C.A Const. § 1 Due Process of Law **(See: Exhibit A UNIFORM SENTENCE & COMMITMENT void** see: Old Wayne Mut. L. Assoc. vs. Mcdonough 204 U.S. 8. 27 S. Ct 236 (1907).

## 4. C. P. L. § 200.10 Indictment Definition

**(a) That,** "The basic function of an indictment is to evidence the fact that the Grand Jury has voted to accuse a defendant of one or more specified offenses, as well as to assure that the charge for which the defendant is to be tried is in fact the one intended by the body; rather than some alternative substituted by the prosecutor, see eg. Frisbie vs. United States 157 U.S. 160, 163-164.

7. CERTIFIED MAIL # 7016 0340 0000 6534 5066

15 S. ct. 586 39 L. E.d. 657 (1895) to that end the C. P. L. like the federal rules of criminal procedure, requires that the indictment be signed, and personally filed in court, by the grand jury member who is serving as foreman of that body "see: C. P. L. § § 190.65[3] 200.50 [8] FRCRP Rule 6[c] [f]  (see: Commentaries C. P. L. § 200.10 indictment definition). However, according to N.Y. State statutory law, the district attorney must now also sign the indictment in accordance to C. P. L. 200.50 subd (9) of the statute.

## 5. A Perfect Example of A True Bill Indictment

**(a) That**, in People vs. Miller defendant moved pursuant to C. P. L. § 210.20 an order to dismiss his indictment as defective "upon the ground that there does not appear at any place on the face of the indictment the signature of the acting foreman of the grand jury or of the district attorney as required pursuant to C. P. L. § 200.50 subds 8 and 9 of the criminal procedure law." The Defendant attached to his motion two photocopy pages of the alleged indictment. However, an assistant district attorney opposed the motion by alleging that it is respectfully suggested that the movant consult **the original indictment.** The indictment was analyzed, and the one filed in the clerk's office indicated the instrument consisting of the offenses consisting of two pages, both pages were encased in white cover and upon the face of the instrument, typewritten the name of the superior court which it was filed and the title of the action (see: C. P. L. § 200.50 subds 1 and 2), and at the end of the instrument, signed in ink, the signature of the foreman (C.P.L. § 200.50 subd 8), and with the district attorney's signature in ink subscribed at the end of the second page  (C. P. L. § 200.50 subd 9). The foreman or acting foreman has always been required to sign the indictment, and now the district attorney must do likewise. The court notes "that upon an arraignment a defendant must be furnished with a copy of the indictment (C. P. L.§ 210.15 subd 1) and this would mean a true copy of the whole accusatory instrument including the conformed signatures." See: 346 N.Y.S. 2d 144, 145, 146 75 misc. 2d 1 People vs. Miller (N.Y. co ct. 1973 Dutchess County at Poughkeepsie 2 Dept. 9th district).

**(b)** Furthermore, in the following case of People vs. Cooper, the Appellate decision of the second Dept. cited People vs. Miller, (the case just mentioned). It is an established fact that Appellate Division decisions are always mandatory on all lower courts within the jurisdictional boundaries, this is mandatory in my case provided, [(C. P. L. § 200.50 Subs (8), (9)] and deemed "Stare Decisis", and shall "stand on what has been decided". In this instance of indictment # 1177-03 referring to C. P. L. § 1.20 subd (1) "Accusatory instrument means an indictment ordered reduced pursuant" to C. P. L. § 210.25 subd (2), "The allegations demonstrate that the court does not have jurisdiction of the offense charged" and, subd (3), The Statute defining the offense charged is unconstitutional or otherwise invalid, this is clearly the law and free from ambiguity.

**(c)** Without the Grand Jury foreman or acting foreman's signature; accusatory instrument filed with the Westchester County Court is jurisdictionally defective, unconstitutional and invalid. For reference, "Accusatory instrument filed with court contained signature of grand jury foreman and thus, indictment was not defective. "661 N.Y.S. 2d 241, 244 A.D. 2d 553 People vs. Cooper,

8. CERTIFIED MAIL # 7016 0340 0000 6534 5066

[N.Y. A.D. 2 Dept. 1997 Appellate Division at Brooklyn]. And of course, in reference to N.Y. Stat § 76 referring to C. P. L. § 200.50 subds (8), and (9) are to clear for construction, "where words of a statute are free from ambiguity and express plainly clearly and distinctly the legislative intent, resort may not be had to other means of interpretation" as decided by the New York State Court of appeals (see: People v. Floyd J 1984 61 N.Y. 2d 895 474 N.Y.S. 2d 476 462 N.E. 2d).

## 6. Indictment #1177-03 is Facially Insufficient, Void and Jurisdictional Defective

**(a) That,** On April 25th, 2011 the undersigned received <u>a certified authentic copy of indictment # 1177-03,</u> a true and whole of such original accusatory instrument that is filed in the Westchester County clerk's office without conformed signatures pursuant to C. P. L. § 200.50 subds (8) and (9) and is facially insufficient, jurisdictionally defective and void ab initio. **Notice... CPLR 4540 subd (a) Authentication of original public records,** courts can take Judicial notice of the signatures of prominent state, county and municipal officials, making documents bearing Such signatures Prima facie Genuine. **"Affixation of an official seal also makes a document self proving under common Law".** (Practice Commentaries 2007 main volume by Vincent C. Alexander C. P. L. R. 4540; bold emphasis added).

**(b) That,** in matter of C. P. L. R. subs (b) Self- Authentication of public records through certified copies; take notice... "Proof of public records is almost always made by certified copies of the records pursuant to C. P. L. R. 4540 rather than originals..." take notice of some of the definition of Public as an adj. "as to Public accounts" Acknowledgment; Act, Administrator; Business; Corporation Document; Notice; and Seal (Black's Law Dictionary Abridged 5th Edition pg. 642). **There are two requirements for self authentication under C. P. L. R. 4540: 1. Attestation of the copy by an appropriate official in accordance with subdivision (a) of the statute; attestation is a true copy of the original in accordance to subdivision (a) of the statute and is accepted for its truth. The truth is a true bill indictment was never filed in this case of indictment # 1177-03 as evidenced by the authentic copy (See: exhibit A indictment # 1177-03 void 7 pages plus one page District Attorney's demand for discovery and inspection with Jeanine Pirro's true signature)** subdivision (a) makes the officer's attestation " Prima facie evidence," thereby creating a rebuttable presumption that the copy is a genuine copy of a genuine public record.... (indictment #1177-03 filed with the Westchester County Clerk is a genuine copy of a void ab initio). **Requirement two for self -authentication shows that the attesting official had custodial authority and that his or her signature is genuine, subds (b) and (c) addresses the second requirement, and provide evidentiary short cuts by which the authority and signature of the attesting officer can be established without in court testimony [[(Also See: Federal Rules of Evidence rule 902 subd [(4) self -authentication)].**

Take notice....

**(c) That,** "Pubic records are those records which a governmental unit is required by law to keep **or which it is necessary to keep** <u>in discharge of duties imposed by law.</u>" (H. Black, Black's Law Dictionary Pg. 644 Abridged. 5th Edition 1983) duty Indictment # 1177-03 is void ab initio and

9. CERTIFIED MAIL # 7016 0340 0000 6534 5066

jurisdictionally defective. (See: 42 U.S.C.A § 1985 Conspiracy To Interfere With Civil Rights; U.S. Const V Amend; Art. I § 6 N.Y. State Const. and XIV Amend).

**(d) That,** In the book THE COMMITTEE ON CRIMINAL JURY INSTRUCTION OF THE STATE OF NEW YORK (CJI) section 1.03 we read pertaining to a True Bill Indictment, **"Now then, how must you decide when to find an indictment? First of all Twelve of your number must be united in any indictment you find. An indictment cannot be returned unless twelve of you Grand Jurors concur. When so found<u>, it must be signed by your foreman and by the District Attorney.</u>"** (Hon. L Smith; Hon T Stark; Hon. N Sobel; Hon. P Quilian; Hon D. Yong; Hon. S. Smyk; Hon. W. Heffron; Prof. M. Gershenson; F. Nisnewitz. esq.; CRIMINAL JURY INSTRUCTIONS NEW YORK STATE Volume 1 1983 CJI 1.03 pg. 9) (Bold emphasis added). This section of the book on Jury instructions is primary authority as expressed in constitutions, statutes, court decisions, and administrative regulations and decisions [C. P. L. 200.50 subd (8) and (9)]. Notice... Authentication is defined in Black's Law Dictionary 7th Edition on page 127 as " Broadly, the act of proving that something (as a document) is <u>true or genuine.</u>" <u>(its true indictment # 1177-03 is genuinely void)</u> <u>esp. so that it may be admitted as evidence; the condition, of being so proved <authentication of the handwriting> 2. Specif., the assent or adoption as a writing as one's own>"</u> (Bold and underline emphasis added). Furthermore, in NY Stat sec. 177 pertaining to peremptory or permissive Language we read in Sub (c) "When peremptory words deemed permissive," peremptory words in a statute will be given a permissive interpretation where the manifest intent of the Legislature is that the provision should be given such an effect.

**(e) That,** In Black's Law Dictionary Ninth Edition peremptory means " final; absolute", in this instance, an Indictment must be voted by twelve jurors and signed by the foreman or acting foreman of the grand jury, handwritten or by signature stamp for authentication of the hand writing. This process must be done for and indictment to be final and absolute, to allow permissive use to proceed in further court proceedings for jurisdiction of the person and subject matter Jurisdiction, this is a contractual obligation between the signing parties. <u>C.P.L. 200.50 subd (8) and (9) clearly states free from ambiguity. "And Indictment Must Contain the signature of the foreman or acting foreman of the grand jury..." and " the signature of the district Attorney</u>." The original transcript that is filed in the Westchester County clerk's office is without conformed signatures because the grand jury <u>never</u> voted on an indictment because there was no complaint or evidence of any offense or crime committed. Therefore, indictment # 1177-03 fails to state a valid written accusation by an accusatory body, and is insufficient, jurisdictionally defective, and void ab initio. An indictment can only become a true bill once voted upon and then signed. Then afterwards, Jurisdiction of the person and subject matter then becomes peremptory, and then shall be deemed permissive for further proceedings. For example, " A Statute which provides that, the board of supervisors shall do a certain act upon a majority vote, is construed as requiring such act if a majority so vote." See: Court of Appeals State of New York; in Re Toll Bridge in St Lawrence County 1913, 207 N.Y, 582, 101 N.E.463. (Bold and underline emphasis added). During a state habeas corpus proceeding the undersigned proved these elements of (**Exhibit A attached certified copy of indictment**) not being a true bill, so to cover up

10. CERTIFIED MAIL # 7016 0340 0000 6534 5066

the prosecutions scheme they forged a cover of an indictment that was made with the grand jury foreman and the district attorney's signatures and placed a fraudulent seal on what was never a true bill indictment, (**see Exhibit A attached; fraudulent indictment, Seal of Leonard N. Spano marked Exhibit 2**) C. P. L. R. 4540 <u>clearly</u> proves this. "Writing is not authenticated simply by attaching it to affidavit, even if writing appears on its face to have originated from some governmental agency and affiant is government official." <u>U.S. vs. Dibble, C.A.9.</u> (Cal.) 1970, 429 F2.2d 598. Furthermore, the fraudulent indictment by the Westchester County District Attorney's Office fails to state a valid written accusation by an accusatory body, it's just a cover that they claim is an original which is impossible because it was never filed in the Westchester County clerk's office where all the original documents are kept.

**(f) That,** "Indictment means, a written, accusation by a grand jury more fully defined and described in article two hundred filed with a superior court which charges one or more defendants with the commission of one or more offenses, at least one of which is a crime and which serves, as a basis for prosecution thereof" [(C. P. L. §1.20 subd (3)].

**(g) That**, a criminal complaint was never filed against me nor does any evidence show that the female was physically helpless, she was at her highest level of alertness. It was a requirement based on C. P. L. § 200.50 subd 7 (a) and (e) that the information was to be given to the prosecution so that the Grand jury may determine whether there was probable cause (see C. P. L. § 190.65 subd (3) "Grand Jury; when indictment is authorized"). C. P. L. 190.65 subd (3) is in accordance with 5th Amend U.S. Const. and Article I § 6 N.Y. State Const. referring to indictment, **"upon voting to indict a person a grand jury must through its foreman or acting foreman, file an indictment with the court by which it was impaneled" [(C. P. L. § 190.60.5 (3)].**

**(h) That**, <u>Respondents Jeanine Pirro and others within her venue in said case of indictment # 1177-03 cannot substantiate the validity and the accuracy of their presentment, whether complaint, information or otherwise.</u> For reference, and under the authority of the Administrative Procedure act 5 U.S.C. 556 'D' **BURDEN OF PROOF, "The Proponent of a rule or order bears the burden of proof". The Supreme Court has stated that if any tribunal court finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed.** See <u>Louisville & NR Co. V Mottley</u> [211 U.S. 149, S.ct.42]. The undersigned never committed an offense or a crime under the laws of the United States, the White Plains Police Dept. detectives, Westchester County District Attorney, and assistants, including the judge of the state of New York in their private capacity as natural persons pursuant to Article X § 4 of the N.Y. State Const. as stated in these claims committed fraud. See: 974 F. supp. 270 (cite at 974 F. Supp. 273 S.D. U.S. District Court).

## 7. Personal Liberty; Expungement, and Cancellation of Contracts

**(a) That,** I Ambassador Benjamin Dodoo herein state that I am filing this motion pro-se as a civil remedy.

11. CERTIFIED MAIL # 7016 0340 0000 6534 5066

**(b)That,** I am a Private Man ( and "Holder in Due Course" of my private person) in matters of the law and shall be relieved by my civil remedy due to White Plains Police Dept. the District Attorney, and assistants as well as Westchester County Court's indulgence of fraud, violations, errors, omissions, defects and irregularities, pursuant to Federal and State Constitutions as well as Statutes, Rules and Codes in Law, in my case provided "Fifth Amendment privilege applies only to natural individuals and protects only private papers…" (Brusswell vs. United States 487 U.S. 99 (1988)] also see: 699 64 S c.t. at 1251 United States vs. White [(322 U.S. 64 S. ct. 1248 88 L. Ed. 1542(1944)].

**(c) That,** Pursuant to 9 NYCRR § 6193.4 Sub (a) Expungement of DNA Records of my criminal case; all Agencies and Law Enforcement Officers having any record of the arrest of Benjamin Dodoo for any Criminal or Civil Action; whether for any Felony, Misdemeanor, or for any Charge, Offence or Violation; whether for any Statute, Rule, Ordinance or Code, shall destroy any and all records; whether on paper, microfilm, computer card, program or tape, and on any other photographic, electronic, or mechanical method of storing data; whether photograph, fingerprint, or any information of any kind or description relating to the Cause, Charge, Violation, Offense, arrest or action against BENJAMIN DODOO© (ens legis) and lower case name's, excluding expungement of any Civil Action papers filed against Janet Difiore et al. and /or the State of New York to indemnify the secured rights, titles, and interests of the undersigned. See: Vienna Convention on Diplomatic Relations Art. 30 (2); Abdulaziz vs. Metropolitan Dade County Ca. 11 (Fla) 1984, 741 F 2d 1328.

**(d) That,** any and all contracts, agreements, covenants, corporate franchises, (XIV th Amendment) Franchises, hypothecations, promises, pledges, choses in actions, cession bonorum, bailment, transfers, use, cestui que use, cestui que trust, trusts, and confidences (or presumptions emanating therefrom) and/or similar transactions by and between the undersigned affiant with the STATE OF NEW YORK, and the UNITED STATES OF AMERICA and any and all subdivisions thereof including its or their representatives, are cancelled due to **"non-disclosure"** and failure of fair consideration." Any alleged (ens legis) privileges and/or benefits are rejected and waived. It is clear and well established in law that state "courts have no jurisdiction over foreign Ambassadors…" See: 1 NY Jur 2d Actions § 98 Effect of immunity from action with supporting case law (this includes N.Y. State Department of Parole).

## 8. Diplomatic Immunity

**(a)** Notice… "The term Foreign State includes outlying possessions of a foreign state but self governing dominions or territories under mandate or trusteeship shall be regarded as separate Foreign State". (See: 8 U.S.C.A. Sec. 1101 C (14) "The term Foreign State"). The undersigned is an American private 'Foreign State' Sovereign in fact, with self governing dominions and I am not a signatory to any State or Federal Constitution under mandate by oath or affirmation, I am not a 'party' to any state or Federal Compact under mandate by oath or affirmation, and I am not named in the statutes of any State or Federal Government under mandate by oath or affirmation.

12. CERTIFIED MAIL # 7016 0340 0000 6534 5066

I am a separate Foreign State. I bear the seal "Foreign Neutral", and I am a non-resident alien to the receiving state, nor am I a citizen or subject by imprescription and the term "imprescriptibility" is operative herein duly recognized in the cases of Rabang vs. I.N.S. (CA9 1994), 35 F.3d 1449 @n4, of United States vs. Wong Kim Ark, 169 U.S. 649 18 S. Ct. 456, 483, 42 L. Ed. 890 (1989) of Udny vs. Udny L.R.H.L. Sc. 457. "Receiving state" is defined as the U.S., Inc., United States of America, District of Colombia, D.C., territories and insular possessions of the same, and all sub-corporations including but not limited to "States", "Counties", "Municipalities", etc., et alii. A Foreign corporation is not a citizen within the meaning of U. S. C. A. const. art 4, sec. 2 so I'm entitled to all privileges and immunities in the several states (19 S. Ct. 165, 172 U.S. 239, Blake vs. Mc Clung, U.S. Tenn. 1898). I, Ambassador Benjamin Dodoo am transacting business in the name **"Prince Da Royal and Mission Members to Ghana".**

**(b) That,** for one to be granted diplomatic immunity, "receiving states executive branch must recognize sovereignty of other state before diplomatic immunity exists". My declarations or proclamations of sovereign foreign ambassador status have been asserted by multilateral agreements by receiving state, not by a unilateral agreement, **see Exhibit B; In itinere-Mission Statement by Apostille with certificate (5 pages total) and Affidavit and Diplomatic Status with Certificate of Authentication with certificate; and Affidavit And Property Rights including Letters of Administration With Will Annexed from Geoffery William Dodoo-In The Name of God Amen (14 pages total).** See: State vs. Crisman 123 Idaho 277, 846 P. 2d 928 (Ct App. 1992). I have been recognized and granted a sovereign foreign diplomatic officer- **the sending state,** and the debt to society contracted in relation to the fraudulent conviction in this matter is void. See Carrera vs. Carrera 174. 2d 496 (D.C. Cir 1949); Republic of Philippines by Cent. Bank Philippines vs. Marcus, 665 F. Supp. 793 (N.D. Cal.1987). The Apostille and Certificate of Authentication (or Certificates of Authority) issued by the N.Y. Dept. of State in relation to this matter is the certification of diplomatic status granted after commencement of suit and supports dismissal of suit based on diplomatic immunity pursuant to 22 U.S.C.A. sec. 254 d; Vienna Convention Art. 29, 31 (1). See Abdulaziz vs. Metropolitan Dade County Ca. 11 (Fla) 1984, 741 F 2d 1328. "The Certificate shall be issued at the request of the person who has signed the document or of any bearer. When properly filled in, it will certify the authenticity of the signature, the capacity in which the person signing the document has acted and, where appropriate, the identity of the seal or stamp which the document bears". (Article 5 Convention de La Haye du 5 Octobre 1961, for Apostille). "At least where the basis for diplomatic immunity is clearly established, there is no need under Vienna Convention on Diplomatic Relations, given effect by Diplomatic Relations Act, for a formal suggestion of immunity by the United States." (861 F. Supp. 2d 135 United States District Court S.D. New York Feb 8th 2012).

## 9. Default Judgment

**(a) That,** it shall be done here in accordance with 28 U.S.C.A. § 1343 pursuant to Fed R. Civ. P. 56 (a), 56 (c), (1), (a), and (b) ( as evidenced written statements made under oath); and Rule 55.1, Rule 55.2 (a) of the U.S. Dist. Ct. Rules S. & E. D. N.Y. Individual Judge Rules of Kevin Castel; Default

13. CERTIFIED MAIL # 7016 0340 0000 6534 5066

Judgment shall be done in accordance to Rule 55 (a) of the Fed R. Civ. P. and settlement sum certain at fixed interest rate at 100 million U.S. dollars pursuant to U.S.C.A. Article IV § 1 full faith and credit, and § 2 Cl 1 Privileges and Immunity clause, together with 17 U.S.C.A. §301; BENJAMIN DODOO© (See: Amend XIV US Const. Article I Sec. 7 N.Y. State Const.) shall be done for my civil remedy provided herein, [See: 17 U.S.C.A. § 301 history & 28 U.S.C.A. § 1338 subd (a)] and notice...

**(b) That,** Fed R. Civ. P. 56 (a), which can also very simply foreclose certain issues; this is namely a summary Judgment. Take notice. ..."A party may move for summary judgment, identifying each claim or defense—or the part of each claim or defense—on which summary judgment is sought. The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law and the court should state on the record the reason for granting... "(Fed R. Civ. P.56 [a]). This procedure for summary judgment is stated in Fed. R. Civ. P. 56 (c), (1), (a), and (b). The rule provides that the party who seeks summary judgment may present affidavits (written statements made under oath). It is substantive law that an unchallenged affidavit stands as truth in the record because there is nothing else to resolve. This is proper procedure and remedy for expungement of records and settlement sum certain. The undersigned Benjamin Dodoo is a Secured Party Creditor and Holder in Due Course of debtor BENJAMIN DODOO© and all derivatives of said ens legis, and natural person name's and property: See 790 F. Supp. 428, Citi. Corp Intern Trading Co., v. Western Oil & Refining Co. Inc [S.D.N.Y.].

## 10. Notice and Settlement [Proof of Claim]

**(a)That,** American Jurisprudence is a leading encyclopedia, one that "dominates" legal research and only emphasizes "The majority or prevailing rule of law" (the Legal Research Manual pg. 66). Although all United States Courts are operating under Chapter 11 Bankruptcy, it is not necessary the undersigned file an official form 10 Proof of Claim Form. So alternatively, and "more specifically, to be properly executed and filed, a proof of claim must contain the following (1) The creditors name and address; (2) the basis for the claim; (3) the date the debt was incurred; (4) the amount of the claim (5) classification of the claim; and (6) supporting documents" (see: 9c Am Jur 2d Bankruptcy 82562). These six (6) elements are <u>clearly</u> set forth in these affidavits provided herein for a civil action for my civil remedy. I, Benjamin Dodoo the undersigned am entitled to the damages awarded as cited in <u>Trezvant vs. City of Tampa</u> 741 F.2d 336 (11th Cir 1984) where a motorist was illegally held for 23 minutes on a traffic charge and awarded $25,000 in damages. This calculates to $75,000/ per hour, $1,600,000/a day. However, **Respondents agree to a settlement sum certain lump sum payment at $100,000,000.00 (100 Million U.S. Dollars) for a 12-year unlawful incarceration + 5 years post-release supervision.** See: Article X § 4 N.Y. State Const."The Federal Tort Claims Act (FTCA) makes the government liable for torts committed by government employees where the government would be liable if it were a private person" 902 F. Supp. 486 <u>Wright vs. U.S.</u> [S.D. N.Y. 1995] [cite at 902 F. Supp. 488].

14. CERTIFIED MAIL # 7016 0340 0000 6534 5066

**(b) That, <u>Respondents agree upon the submission of said claim and affirm</u>**. Proof of service will be issued upon said respondents Janet Difiore et al. with a copy of the order with notice of entry within 10 business days prior to entry of said judgment pursuant to Rule 55.1, Rule 55.2 (a) of the U.S. Dist. Ct. Rules S. & E. D. N.Y., pursuant to Individual Judge Rules of Kevin Castel; Default Judgment. The clerk shall draw out a foreign bill of exchange (government check) for the above stated sum certain amount of 100 million U.S. dollars Federal Reserve Notes as bank credit, and the undersigned Benjamin Dodoo Secured Party Creditor shall receive said check as a "Banker's Acceptance" in said Debtor's name BENJAMIN DODOO along with certification of vacated judgment Res Judicata entered by the clerk of the Court pursuant to 9 NYCRR § 6193.4 sub (a). Additionally, the clerk shall mail the documents vacated judgment "Res Judicata" and the check <u>within three (3) days of the court in possession of this brief,</u> also the certificate of default pursuant to Rule 55.1 and Rule 55.2 (a) of the U.S. Dist. Ct. Rules S. & E. D. N.Y., pursuant to Individual Judge Rules of Kevin Castel; Default Judgment in accordance to Rule 55 (a) of the Fed R. Civ. P. The clerk shall mail said documents with the Government check for the sum of 100 million U.S. dollars to Benjamin Dodoo 244 Fifth Avenue, Suite D47 New York, N.Y. 10001 (Phone: 914-649-1250 Fax: 1-646-661-3064 Email: bendodoo746@gmail.com).

**(c)** " Bills of exchange-Bona fide holder--state decisions" take notice... "A pre-existing debt constitutes a valuable consideration for a negotiable instrument..." and "where paper is transferred in payment of a pre-existing debt, the transferee is a holder for value, and takes the paper free from equities between the original parties..." Furthermore, " A Pre-existing debt is a good and valid consideration for a contract." 41 U.S. 1, <u>Swift vs. Tyson</u> [U.S. N.Y. 1842]. Also, " A bona fide holder of a negotiable instrument for value without notice of facts which impeach validity as between antecedent parties if he takes it under indorsement made before the instrument becomes due, holds title unaffected by such facts and may recover thereon although, as between antecedent parties, the transaction may be without any legal validity." (Indictment # 1177-03 is without legal validity, claimant the undersigned has a right to recover for tort damages as a matter of law). It is a well-established fact that "the transferee or holder of a negotiable instrument is presumed to have obtained it in good faith, before maturity, and value."41 U.S. 1, <u>Swift vs. Tyson</u> [U.S. N.Y. 1842]. Furthermore, of course and most certainly, as previously stated," Private acts are those made by private persons as registers in relations to their receipts and expenditures, schedules, aquittances and the like" (Black's Law Dictionary 5th ed. Pg. 13).

**(d)** Additionally, and most definitely referring to 42 U.S.C.A § 1983, which is in full accordance with 28 U.S.C. § 1346 subd (a) (1) (torts for private persons), declaratory decree was violated pursuant to the Declaratory Judgment Act. The Federal statute was enacted in 1934, 28 U.S.C.A.§ 2201, which permits bringing of complaint for a declaration of rights if there is an actual controversy between the parties, however, <u>this matter is Res Judicata and the Default Judgment is binding between the parties in the action provided herein.</u>

**11. Conclusion**

**(a) That,** The People of Westchester County Court never had a valid criminal complaint submitted to the court and signed by an injured party/victim, nor did a grand jury vote on an indictment. This is without proper service of process of a True Bill Indictment by and upon the proper parties, the Indictment does not exist and is void ab initio; and therefore, where a Law

*15. CERTIFIED MAIL # 7016 0340 0000 6534 5066*

does not exist or does not constitutionally exist, or void or unconstitutional, there is no subject matter jurisdiction to try one for an offense or crime alleged under such law. As alleged; **(i)** the undersigned was improperly charged, arraigned, convicted, and sentenced upon the instant indictment which fails to state, or charge with having committed an offense or a crime, and the said indictment is therefore invalid, insufficient, and facially jurisdictionally defective and void, and; **(ii)** the said instant indictment fails to contain all of the essential elements necessary to state, charge, and/or support the crime of Sodomy in the 1st Degree [Penal Law 130.50], and Sexual Abuse in the 1st Degree four counts [Penal Law 130.65] are in violation of the Federal and New York State Constitutions as well as statutes, which the undersigned has been convicted upon a of guilty verdict. I the undersigned Benjamin Dodoo was denied constitutional guaranteed rights to due process and equal protection of law. The Judgment is void ab initio for want of personal and subject matter jurisdiction and is contrary to the State and Federal Constitutions. The Court at Westchester County has failed to apply these constitutionally mandated procedures, creating constitutional defects and violations, thereby divesting them of any jurisdictional authority to act upon this, or any other party, except for as stated in this Memorandum of Law and Record in Support of Affidavits and Petition for Expungement of Criminal Records and Settlement in Behalf of Ambassador; Foreign Neutral.  Furthermore, **(iii)** the undersigned is an Ambassador; Diplomatic Officer, the sending state to Ghana and it has been established in law that State Courts have <u>no jurisdiction</u> over foreign Ambassadors even after commencement of a suit, this includes the N.Y. State Department of Parole.

**(b)** That, the undersigned respectfully requests that you Janet Difiore et al. as Prosecutor for Westchester County, in White Plains N.Y. have **<u>30 days</u>** to reply in providing proof **<u>point by point</u>** in contrary to the statement of facts and said claims in this Memorandum of Law mailing proof to the address below and prove that the said prosecution was lawful, proper and constitutional and that there was no misapplication of the statute in the above case matter. Should you Mrs. Difiore et al. go into default of non-response not having provided proof point by point to the facts herein, you will have established default and dishonor and the said instant indictment # 1177-03 is facially insufficient, jurisdictionally defective, and the conviction is void. The defaulting and dishonoring party shall be estoppel by laches, and estoped from maintaining or enforcing the original offer in any court or administrative unit, and you agree that the undersigned's criminal record is expunged, and the undersigned may exercise his exclusive civil remedy via tort claim. This Memorandum of Law and Record in Support of Affidavits and Petition for Expungement of Criminal Records and Settlement in Behalf of Ambassador; Foreign Neutral is **<u>un-rebutted</u>** and the statements of facts herein are in favor of the undersigned.

**Acceptance by Silence**: "When the Court Implies a promise or its held that good faith requires a party not to violate those expectations, it is recognizing that sometimes silence says more than words, and it is understanding its duty to the spirit of the bargain is higher than its duty to the technicalities of the language" (Corbin on Contracts-UCC-1-205).

**Note:** Bold, underline, and emphasis were added where applied.

*16. CERTIFIED MAIL # 7016 0340 0000 6534 5066*

Mail response to: Benjamin Dodoo

244 Fifth Avenue, Suite D47

New York, N.Y. 10001

Respectfully submitted,

Foreign neutral:



*Benjamin Dodoo*

Ambassador Benjamin Dodoo

Private Banker

Secured Party Creditor

BENJAMIN DODOO© ens legis

Judica Me Domine quoniam

## JURAT

State of New York)

)

County of Westchester)

Subscribed and sworn to (or affirmed) before me on this 5th day of January A.D. 20 17 , a Notary, that Ambassador Benjamin Dodoo, personally appeared and known to me to be the man whose name subscribed to the within instrument.

Signature of Notary Public

Notary Seal;

ROSA C RAMON
Notary Public, State of New York
No. 04RA6343316
Qualified in Westchester County
Commission Expires June 6, 20 20

17. CERTIFIED MAIL # 7016 0340 0000 6534 5066



Westchester County/Supreme Court

S
E
A
L
E
D

T
O

T
H
E
P

Indictment Number

Spaces Below to be *Typed* or *Printed*

_COUNTY_  COURT : WESTCHESTER COUNTY

FULL TITLE OF CASE

THE PEOPLE

v.

Benjamin Dodoo

Indict. Number

03-1177

QA

S
E
A
L
E
D

T
O

T
H
E

Name and address of District Attorney

Name and address of Attorney for Defendant

Indictment # 03-1177

---

WESTCHESTER COUNTY
COUNTY COURT

THE PEOPLE OF THE
STATE OF NEW YORK

against

BENJAMIN DODOO,

Defendant.

---

/s/ Jeanine Pirro
District Attorney

A TRUE BILL
with
NOTICE(S)

RECEIVED

OCT 2 - 2003

CHIEF CLERK
WESTCHESTER SUPREME
AND COUNTY COURTS

/s/ Ted Armas
Foreperson of Grand Jury

/s/ Daissy Pena
Acting Foreperson of Grand Jury

---

Charges:
RAPE IN THE FIRST DEGREE;
SODOMY IN THE FIRST DEGREE;
SEXUAL ABUSE IN THE FIRST DEGREE (4 cts.);
UNLAWFUL IMPRISONMENT IN THE SECOND DEGREE

ML/sl

PURSUANT TO CIVIL RIGHTS LAW, SECTION 50(b), THE IDENTITY OF THE VICTIM
SHALL BE CONFIDENTIAL AND THIS DOCUMENT SHALL NOT BE MADE AVAILABLE
FOR PUBLIC INSPECTION IF IT IDENTIFIES THE VICTIM OR CONTAINS
INFORMATION WHICH INTENDS TO IDENTIFY THE VICTIM.

COUNTY COURT
STATE OF NEW YORK : WESTCHESTER COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

       -against-                 INDICTMENT NO.

BENJAMIN DODOO,                     03-1177

           Defendant.

QA

COUNT 1                         PL 130.35    02    BF1 WP

    THE GRAND JURY OF THE COUNTY OF WESTCHESTER, by this Indictment,

accuses the defendant, of the crime of RAPE IN THE FIRST DEGREE,

committed as follows:

    The defendant, in the County of Westchester and State of New

York, on or about May 25, 2003, being a male, engaged in sexual

intercourse with a female, who was incapable of consent by reason

of being physically helpless.

COUNT 2                                    PL 130.50   02   BF1 WP

THE GRAND JURY OF THE COUNTY OF WESTCHESTER, by this Indictment, accuses the defendant of the crime of **SODOMY IN THE FIRST DEGREE**, committed as follows:

The defendant, in the County of Westchester and State of New York, on or about May 25, 2003, engaged in deviate sexual intercourse with another person who was incapable of consent by reason of being physically helpless, consisting of contact between the defendant's mouth to the victim's vagina.

COUNT 3                                    PL 130.65   02   DF1 WP

THE GRAND JURY OF THE COUNTY OF WESTCHESTER, by this Indictment, accuses the defendant of the crime of **SEXUAL ABUSE IN THE FIRST DEGREE**, committed as follows:

The defendant, in the County of Westchester and State of New York, on or about May 25, 2003, did subject another person to sexual contact between the defendant's hand to the victim's breast, when the other person was incapable of consent by reason of being physically helpless.

[2]

COUNT 4                                              PL 130.65   02    DF1 WP

THE GRAND JURY OF THE COUNTY OF WESTCHESTER, by this Indictment, accuses the defendant of the crime of **SEXUAL ABUSE IN THE FIRST DEGREE**, committed as follows:

The defendant, in the County of Westchester and State of New York, on or about May 25, 2003, did subject another person to sexual contact between the defendant's mouth to the victim's breast, when the other person was incapable of consent by reason of being physically helpless.

COUNT 5                                              PL 130.65   02    DF1 WP

THE GRAND JURY OF THE COUNTY OF WESTCHESTER, by this Indictment, accuses the defendant of the crime of **SEXUAL ABUSE IN THE FIRST DEGREE**, committed as follows:

The defendant, in the County of Westchester and State of New York, on or about May 25, 2003, did subject another person to sexual contact between the defendant's hand and the victim's vagina, when the other person was incapable of consent by reason of being physically helpless.

[3]

COUNT 6                                          PL 130.65    02     DF1 WP

    THE GRAND JURY OF THE COUNTY OF WESTCHESTER, by this Indictment, accuses the defendant of the crime of **SEXUAL ABUSE IN THE FIRST DEGREE**, committed as follows:

    The defendant, in the County of Westchester and State of New York, on or about May 25, 2003, did subject another person to sexual contact between the defendant's penis to the victim's vagina, when the other person was incapable of consent by reason of being physically helpless.


COUNT 7                                          PL 135.05          AM2 WP

    THE GRAND JURY OF THE COUNTY OF WESTCHESTER, by this Indictment, accuses the defendant of the crime of **UNLAWFUL IMPRISONMENT IN THE SECOND DEGREE**, committed as follows:

    The defendant, in the County of Westchester and State of New York, on or about May 25, 2003, did restrain another person.

[4]

All contrary to the form of the statute in such case made and provided and against the peace and dignity of the People of the State of New York.

-------------------------------------
/s/ JEANINE PIRRO

District Attorney of Westchester County

STATE OF NEW YORK, COUNTY OF WESTCHESTER SS.:

I, TIMOTHY C. IDONI, COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, WESTCHESTER COUNTY DO HEREBY CERTIFY THAT I HAVE COMPARED THIS COPY WITH THE ORIGINAL THEREOF FILED IN MY OFFICE ON 10/02/2003 AND THAT THE SAME IS A CORRECT TRANSCRIPT THEREFROM AND OF THE WHOLE OF SUCH ORIGINAL.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL

04/18/2011

COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, WESTCHESTER COUNTY.

FEE PAID

[5]

## DISTRICT ATTORNEY'S DEMAND FOR DISCOVERY AND INSPECTION

PLEASE TAKE NOTICE, that pursuant to the provisions of Article 240 of the Criminal Procedure Law, the District Attorney hereby demands that the defendant disclose and make available for inspection, photographing, copying or testing any and all written reports and documents, or portions thereof, concerning all physical and mental examinations, and scientific tests, experiments and comparisons, made by or at the request or direction of the defendant, if the said defendant intends to introduce such reports or documents at trial, or if the said defendant has filed or will file a notice of intent to proffer psychiatric evidence and such reports or documents relate thereto, or if such reports or documents were made by a person, other than the defendant, whom the defendant intends to call as a witness at trial.

IT IS FURTHER DEMANDED,  that the defendant disclose and make available for inspection, photographing, copying or testing any and all photographs, drawings, tapes, or other electronic recordings which the defendant intends to introduce at trial.

IT IS FURTHER DEMANDED, that compliance with the requests for discovery and inspection contained in this "DEMAND FOR DISCOVERY AND INSPECTION" take place within fifteen (15) days of the arraignment herein, at a place to be mutually agreed upon by the District Attorney and counsel for the defendant.

## DISTRICT ATTORNEY'S DEMAND FOR BILL OF PARTICULARS

PLEASE TAKE NOTICE, that if the defendant herein intends to offer, for any purpose whatsoever, testimony which may tend to establish presence elsewhere than at the scene of the crime at the time of its commission, you are hereby required within eight (8) days after the service of this demand upon you, to server upon me, the undersigned, District Attorney of the County of Westchester, and file a Bill of Particulars which shall set forth in detail the place or places where the defendant claims to have been, together with the names, residential addresses and place of employment and addresses thereof of the witnesses upon whom defendant intends to rely to establish defendant's presence elsewhere than at the scene of the crime at the time of its commission,

Unless you serve and file such Bill of Particulars, in the event that such testimony is sought to be interposed by you upon the trial for any purpose whatever, or in the event that a witness not mentioned in such Bill of Particulars is called by you to give such testimony, a motion will be made to exclude the testimony of such witness.

The District Attorney will furnish you with the name and address of any alibi-rebuttal witness(es) intended to be called by the People to testify.

Very truly yours,

*Jeanine Pirro*

JEANINE PIRRO
District Attorney
of Westchester County
111 Dr. Martin Luther King Jr.Blvd.
White Plains, New York 10601
(914) 995-3481

Indictment # 03-1177

**WESTCHESTER COUNTY**
**COUNTY COURT**

**THE PEOPLE OF THE**
**STATE OF NEW YORK**

against

**BENJAMIN DODOO,**

Defendant.

FILED

OCT 0 2 2005

LEONARD N. SPANO
COUNTY CLERK
COUNTY OF WESTCHESTER

*Jeanine Pirro*
District Attorney

**A TRUE BILL**
with
NOTICE(S)

Foreperson of Grand Jury

Acting Foreperson of Grand Jury

Charges:
RAPE IN THE FIRST DEGREE;
SODOMY IN THE FIRST DEGREE;
SEXUAL ABUSE IN THE FIRST DEGREE (4 cts.);
UNLAWFUL IMPRISONMENT IN THE SECOND DEGREE

EXHIBIT 2

UNIFORM SENTENCE & COMMITMENT UCS-854(8/2007)

**STATE OF NEW YORK** ~~Super Coding~~

COUNTY    COURT: COUNTY OF WESTCHESTER

PRESENT: HON ZAMBELLI,B

| | |
|---|---|
| Court Part: | BZ |
| Court Reporter: | C. LANDAU |
| Superior Ct. Case #: | 01177-2003 |

THE PEOPLE OF THE STATE OF NEW YORK

-vs-

BENJAMIN A DODOO

Defendant

| Male | 09/12/1973 | 6504883H | 56512154Y |
|---|---|---|---|
| Sex | DOB | NYSID #: | Criminal Justice Tracking # |

| Accusatory Instrument Charge(s): | | Law/Section & Subdivision |
|---|---|---|
| 1 | UIMP2 | PL 135.05(00) |
| 2 | RAPE1 | PL 130.35(02) |
| 3 | SODOMY1 | PL 130.50(02) |
| 4 | SABUSE1  4 CAS | PL 130.65(02) |

Date(s) of Offense:    05/25/2003    To _____

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY    [ ]PLEA *OR* [✓]VERDICT ], THE MOST SERIOUS
OFFENSE BEING A  [✓]FELONY *OR* [ ]MISDEMEANOR *OR* [ ]VIOLATION ], IS HEREBY SENTENCED TO:

| | Crime | Count # | Law/Section & Subdivision | SMF,Hate or Terror | Minimum Period | Maximum Term | Definite / Determinate | Post-Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SODOMY1 | 2 | PL 130.50(02) | SMF | | | 12 Y (Det) | 5 Y | 56512154Y |
| 2 | SABUSE1 | 3 | PL 130.65(02) | SMF | | | 5 Y (Det) | 3 Y | 56512154Y |
| 3 | SABUSE1 | 4 | PL 130.65(02) | SMF | | | 5 Y (Det) | 3 Y | 56512154Y |
| 4 | SABUSE1 | 5 | PL 130.65(02) | SMF | | | 5 Y (Det) | 3 Y | 56512154Y |
| 5 | SABUSE1 | 6 | PL 130.65(02) | SMF | | | 5 Y (Det) | 3 Y | 56512154Y |

[✓] Counts 2,3,4,5,6 shall run CONCURRENTLY with each other    [ ] Count(s) _____ shall run CONSECUTIVELY to count(s) _____

[ ] Sentence imposed herein shall run CONCURRENTLY with _____    and/or CONSECUTIVELY to _____

[ ] Conviction includes:    WEAPON TYPE: _____    and/or DRUG TYPE: _____

[ ] Charged as a JUVENILE OFFENDER- age at time crime committed: ___ years    [✓] Court certified the Defendant a SEX OFFENDER (Cor. L § 168-d)

[ ] Adjudicated a YOUTHFUL OFFENDER (CPL § 720.20)    [ ] Re-sentenced as a PROBATION VIOLATOR (CPL § 410.70)

[ ] Execute as a sentence of PAROLE SUPERVISION (CPL § 410.91)    [ ] CASAT ordered (PL § 60.04(6))

[ ] As a    [ ] second    [ ] second violent    [ ] second drug    [ ] second drug/prior VFO    [ ] predicate sex offender
[ ] predicate sex offender/prior VFO    [ ] second child sexual assault    [ ] persistent    [ ] persistent violent FELONY OFFENDER

Paid  Not Paid
| [ ] | [✓] | Mandatory Surcharge | $200.00 |
| [ ] | [ ] | Fine | $_____ |
| [ ] | [ ] | DNA Fee | $_____ |
| [ ] | [ ] | DWI/Other | $_____ |

Paid  Not Paid
| [ ] | [✓] | Crime Victim Assistance Fee | $10.00 |
| [ ] | [ ] | Restitution | $_____ |
| [ ] | [ ] | Sex Offender Registration Fee | $_____ |
| [ ] | [ ] | Supplemental Sex Off. Victim Fee | $_____ |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

[ ] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of NYSDOCS (County Sheriff) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

[✓] NYSDOCS until released in accordance with the law, and being a person sixteen (16) years or older and is presently in the custody of the NYDOCS, said defendant shall remain in the custody of the NYSDOCS.

[ ] NYS Office of Children and Family Services in accordance with the law being a person less than sixteen (16) years of age at the time the crime was committed.

[ ] _____ County Jail/Correctional Facility

TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.

REMARKS:
Superceding Sentence and _____
Re-sentenced to Post-Release Supervision _____

STATE OF NEW YORK COUNTY OF WESTCHESTER SS.:
I, TIMOTHY C. IDONI, COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS
WESTCHESTER COUNTY DO HEREBY CERTIFY THAT I HAVE COMPARED THIS COPY WITH THE ORIGINAL
THEREOF FILED IN MY OFFICE ON  8 / 8 / 08  AND THAT THE SAME IS A CORRECT
TRANSCRIPT THEREFROM AND OF THE WHOLE OF SUCH ORIGINAL.
IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL
8/12/08    *Timothy C. Idoni*
COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, WESTCHESTER COUNTY

Commitment, Order of Protection & Pre-Sentence Report received by Correctional Authority as indicated:

Official Name _____

Shield No. _____

| | |
|---|---|
| Pre-Sentence Investigation Report | [ ] |
| Order of Protection Issued: | FEE PAID [✓] Yes [ ] No |
| Order of Protection Attached: | [✓] Yes [ ] No |

[✓] TIME SPENT IN LOCAL INCARCERATION recommended

[ ] Amended Commitment

Original Sentence Date: 12/07/2004

| 07/21/2008 | E. UHL | by: ___ |
|---|---|---|
| Date | Clerk of the Court | Signature |

SENIOR COURT CLERK
Title

*File*

*United States of America*

## State of New York
## Department of State

**It is hereby certified,** *that* **Timothy C. Idoni** *was Clerk of County of* **Westchester** *in the State of New York, and*

*Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate,*

*and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court;*

*that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith*

*and credit may and ought to be given to said Clerk's official acts.*

**In Testimony Whereof,** *the Department of State Seal*
*is hereunto affixed.*

*Witness my hand at the city of Albany*

*this **25th** day of **November Two Thousand and Sixteen***



Whitney A. Clark
Special Deputy Secretary of State

*693391*
*210CC(REV: 09/25/12)*

Contact: Ambassador Benjamin Dodoo

244 Fifth Avenue, Suite D47

New York, N.Y. 10001

| | |
|---|---|
| Westchester County ) | **Diplomatic Mission in The Universal** |
| ) | **Jurisdiction of The Living God;** |
| State of New York ) Scilicet | **Judica Me Domine quoniam** |
| ) | |
| United States of America ) | |

## AFFIDAVIT AND DIPLOMATIC STATUS

1. That, I Ambassador Benjamin Amponsah Dodoo, solemnly, state, declare, and certify that the following is true and correct to the best of my knowledge and ability so help me God.

2. That, I Ambassador Benjamin A. Dodoo AKA Prince Da Royal acting in the capacity as Ambassador; Diplomatic Officer in The Kingdom of The Power of Power on the soil in America land of the free, having succeeded to the appointment and office of "Trustee," Droit- Droit Dominum Jura in re as "Foreign Neutral"-and bears the seal/stamp of the same; thereof The Kingdom of The Power of Powers as the sending state (see 26 December 1934 @ Article 2-3id est. "sovereign ecclesiastical state") as evidenced by **Apostille done the 11ᵗʰ day of march 2016 serial no. A-548941.** Thereafter, and now Prince Da Royal and Mission members to Ghana, en route to the republic of Ghana, and territories or insular possessions of Ghana, known as the receiving State under the authorities as evidenced by the annexed affidavits; "AFFIDAVIT AND PROPERTY RIGHTS", and affidavit "IN THE NAME OF GOD AMEN".

3. That, under and by testamentary succession and by and through testator Geoffrey William Dodoo of Aboabo in Akim Oda and Accra in the Gold Coast, now known as Ghana, and under the "absolute" law of "Fee Simple"-allodially by intestacy relating to my father the late Dr. Benjamin Darkufio Dodoo former Prince of Ghana. I, Benjamin Dodoo junior, Prince Da Royal a lineal heir;

AFFIDAVIT AND DIPLOMATIC IMMUNITY                                                          pg. 1

Ambassador; Diplomatic Officer hereof <u>my</u> Kingdom of The Power of Power <u>The sending state –</u> <u>"Foreign Neutral"</u> through inheritance, own an equal share of my grandfather's estate by allodium; fee simple at numbers 10, 11, 12, 15 (a) and 30 including acquisition in my name for secured rights, titles, and interests in items accompanying documents and proceeds in the affidavit In The Name of God Amen.

4. That, I Ambassador Benjamin Dodoo hereof The Kingdom of The Power of Power <u>The Sending</u> <u>State-"Foreign Neutral"</u> on the soil in America land of the free do hereby certify:

a) That, I Ambassador Benjamin Dodoo; whose name is subscribed to the depositions certificate of acknowledgements, or proof of annexed instruments was at the same time the same <u>Ambassador; Diplomatic Officer-"foreign neutral"</u> thereof and hereof in The Kingdom of The Power of Power<u>s</u> known as the receiving state in and for the state of New York, duly commissioned and sworn and qualified to act as such throughout the state of New York and internationally pursuant to a law a commission, or a certificate of authority for my appointment and qualifications, and my autograph signature, have been filed with the New York Department of State Division of Licensing Services with the Secretary of State; and at such I am duly authorized by the State of New York and international law to administer oaths and affirmations, to receive and certify the acknowledgement or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this state and/or internationally, to protest notes and to take and certify affidavits and depositions; my official seal of the <u>"foreign neutral"</u> annexed below, is the only seal affixed upon charge d'affaires, and other correspondences appertaining to the trustee's Lawful peaceful mission hereafter "PRINCE DA ROYAL AND MISSION MEMBERS TO GHANA"; held exclusively in the custody of the Declarant, unless otherwise expressly assigned or transferred, as set forth below, and not for any other unauthorized "use" nor "purpose".

Acknowledgement

5. That, I Ambassador Benjamin Dodoo AKA Prince Da Royal acting in the capacity of <u>Ambassador; Diplomatic Officer</u> in The Kingdom of The Power of Power on the soil in America land of the free, having succeeded to the appointment and office of "Trustee," Droit- Droit Dominum Jura in re as <u>"Foreign Neutral"</u>- and bears the seal/stamp of the same, do hereby affirm this _31st_ Day of _October_ , _2016_ under the penalties of perjury under law of New York and international law, which may include fine or imprisonment, that Prince Da Royal and Mission Members To Ghana have privileges and immunities and are located outside subject jurisdictional boundaries of the United States, Virgin Islands, and Ghana including all municipalities or any territory or insular possessions <u>subject </u>to the jurisdiction of the United States, Virgin Islands or Ghana known as the "receiving states", and the foregoing is true, and I understand that this

Affidavit and Diplomatic Status and documents attached may be filed in an action or proceeding in a court of law.

Foreign neutral; 

*Benjamin Dodoo*

Ambassador Benjamin Dodoo
Prince Da Royal
Private Banker; Secured Party Creditor
Judica Me Domine quoniam

Sworn to before me on
November 21st, 2016
In the city of White Plains.
County of Westchester,
State of New York,

JOSEPH SAM MAZZA
Notary Public, State of New York
No. 04MA6045640
Qualified in Westchester County
Commission Expires July 31, _____

STATE OF NEW YORK
COUNTY OF WESTCHESTER          ss.:

I,  **Timothy C. Idoni,** *Clerk of the County of Westchester and Clerk of the Supreme Court and County Court in and for said County, the same being courts of record having a seal,* DO HEREBY CERTIFY, *That* **JOSEPH SAM MAZZA** *whose name is subscribed to the deposition, certificate of acknowledgement or proof of the annexed instrument, was at the time taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such in Westchester County and throughout said State; that pursuant to law a commission, or a certificate of official character, and an autograph signature of said NOTARY PUBLIC, have been filed in my office; that said NOTARY PUBLIC was duly authorized by the laws of the State of New York to administer oaths and affirmations, to certify the acknowledgements or proof of deeds and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in said State, to protest notes and to take and certify depositions; and that I am well acquainted with the handwriting of such NOTARY PUBLIC , or having compared the signature of said Notary Public on the annexed instrument with such Notary Public's autograph signature deposited in my office, and believe that the signature on the annexed instrument is genuine.*

*No notary seal required by the laws of the State of New York*

**In Witness Whereof,** *I have hereunto set my hand and affixed my official seal this*

____21st *Day of* __November____          20_16

_____
*County Clerk and Clerk of the Supreme Court and County Court, Westchester, N.Y.*

Contact: Ambassador Benjamin Dodoo

244 Fifth Avenue, Suite D47

New York, N.Y. 10001

| | | |
|---|---|---|
| Westchester County | ) | **Declaration of Property Rights** |
| | ) | **under the Absolute Law of Fee** |
| State Of New York | ) Scilicet | **Simple and Foreign Neutral under** |
| | ) | **the Absolute Laws of the Living** |
| United States of America | ) | **God in Universal Jurisdiction** |

## AFFIDAVIT AND PROPERTY RIGHTS

1. That, I Jan Afole Dodoo a private American citizen born 04/22/1979 located at 315 Gates Avenue Apartment #1D Brooklyn, New York 11216, and Benjamin Amponsah Dodoo located at 244 Fifth Avenue, Suite D47 New York, N.Y. 10001 as sister and brother solemnly state and declare that the following is true and correct to the best of our ability so help us God:

2. That, we are lineal heirs under the "absolute" law of "Fee Simple" allodially by inheritance through our deceased father Dr. Benjamin Darkufio Dodoo Prince Of Ghana, owning an equal share of allodium of our grandfather's estate Geoffrey William Dodoo in Aboabo Akim Oda and Accra in the Gold Coast, now known as Ghana; including acquisition of all rights, titles, and interests in our name; in items accompanying documents and proceeds, in numbers 10, 11, 12, 15 (a) and 30 in the affidavit " IN THE NAME OF GOD AMEN." We would also like to add that there is no other person with a superior claim to our estate as evidenced by the enclosed affidavit attached "IN THE NAME OF GOD AMEN" and by lack of record to our estate in any other name.

1

Acknowledgement of Succession

SWORN AND SUBSCRIBED to before me on this __29th__ day

of __October__ . A.D. __2016__ as Ambassador; foreign neutral

that Jan Afole Dodoo, personally appeared and known to me to be the woman whose name subscribed to the within instrument and acknowledged to be the same.

_Jn Afole Dodo_
Jan Afole Dodoo; Envoy
Member of the diplomatic staff

Foreign Neutral;



_Benjamin Dodoo_
Ambassador Benjamin Dodoo
Prince Da Royal
Private Banker; Secured Party Creditor

AFFIDAVIT AND PROPERTY RIGHTS

2



# National Archives of Ghana

# Certificate

of

# Authentication

## To all whom these presents shall come, Greetings:

I, ___YAI AYAEE-YEBOAH___ ___Assistant___ *Chief Archivist*
of the National Archives of Ghana, Accra, do hereby certify that the annexed
copy or reproduction, or each of the specified number of annexed copies or
reproductions, of each document (listed below) which is preserved in the
above-named Archives, is a true copy:

Letters of administration with will annexed of the late
GEOFFREY WILLIAM BOIN who died 80 years on the 13th of
September, 1957.

No. 3/4/357 pages 221-(?)

Given under my hand and seal this ___16th___
day of ___May, 1979___
as authorized by Section 7 of the Public Archives
Ordinance, No. 35 of 1955.

Assistant _____ *Chief Archivist*

GPC/V0281/1,000/2/78

Archives Form No. 39

LETTERS OF ADMINISTRATION WITH WILL ANNEXED.

HIGH              JUSTICE,   GHANA
IN THE ~~SUPREME~~ COURT OF ~~JUDICATURE~~

EASTERN JUDICIAL DIVISION  ~~PROVINCE~~

BE IT KNOWN that ___GEOFFREY  WILLIAM  DODOO___ late of

___Accra___ deceased, who died on the ___13th___ day of

___September, ___195_7_, at ___Accra___ and who had at the

time of his death his fixed place of abode at ___Accra___ within

the jurisdiction of this Court, made and duly executed his last Will

[or his last Will with ___Codicils thereto], and did therein name

Rev. J.S. NARTEY and YAW BEDIAKO as executors, and the
*According to the facts.*

said Rev. J.S. NARTEY having predeceased the testator

and the other Executor herein YAW BEDIAKO having on the

12th day of December, 1957 expressly renounced Probate

And be it further known, that on the 22nd day of ___May, ___1959

Letters of Administration with the said Will [and Codicils] annexed, of

the personal property of the deceased, were granted by this Court

to JAMES ANYEE ARYEETEY a legatee and one of the two persons
*Insert the character in which this grant is taken.*

appointed by the family and SAMUEL KOJOE DODOO, the eldest

of the said   testate and one of the legatees named in the
said Will they
~~he~~ having been first duly sworn.

(Seal of Court.)

_Signature_
Signature of ~~Registrar~~
DIVISIONAL REGISTRAR, ACCRA.

Supreme Court Form No. 40.

*[Left margin, vertical text:]* died at ___Accra___ on or about the 13th day of ___September, ___195_7_.

This is the Will or Paper writing
referred to in the Oath of SAMUEL
KOJOE DODOO sworn to and marked by
him this 22nd day of March, 1958.

(Sgd.) Roger van der Puije
Commissioner for Oaths.

This is the Will or Paper writing
referred to in the Oath of JAMES
ARYEE ARYEETEY sworn to and marked
by him this 25th day of March, 1958.

(Sgd.) Roger van der Puije
Commissioner for Oaths.

Ollennu
G E

IN THE NAME OF GOD AMEN.

THIS WILL made the 11th day of February 1948 is
the last Will and Testament of me Geoffrey William
Dodoo of Aboabo in Akim Oda and Accra in the Gold
Coast.  I hereby revoke all former testamentary
instruments made by me.

1.  I hereby appoint Rev. J. S. Martey of the
Presbyterian Mission now stationed at Abokobi
and Yaw Badiako of Akim Oda and Aboabo a civil
servant in the Education Dept. of the Gold
Coast at present in England for further
studies the Executors and Trustees of this my
will.  I give to each of them who shall prove
this my Will a legacy of twenty-five pounds
(£25).

2.  After payment of my just debts, funeral and
testamentary expenses I give and bequeath the
following pecuniary legacies :-

(a) To my Church the Presbyterian Mission of
the Gold Coast the sum of twenty-five pounds
(£25) for the poor orphans and needy of the
Mission.

(b) To the Methodist Mission of the Gold Coast
the sum of Ten guineas (£10-10/-) for the poor
orphans and needy of the Mission.

(c) To the English Church Mission of the Gold
Coast the sum of Ten guineas (£10-10/-) for
the poor orphans and needy of the Mission.

I declare that the Receipt of the Treasurer or
other proper Officer for the time being of the
said Mission shall be a sufficient discharge
for the said legacies.

(d) To the Paramount Stool of Akim Kotoku, Oda
the sum of twenty pounds (£20) for the State
School.

(e) To the Stool of Aboabo, Akim Oda the sum
of twenty-five pounds (£25) for the State School.

(f) To my nephew Kwaku Duro Jasihene of Aboabo,
Akim Kotoku the sum of Ten guineas (£10-10/-).

(g) To Miti Matako of Odumase, Krobo the sum of
ten pounds (£10).

(h) To my nieces Odoroo and Nyakorbia Amoo of

Odoi Quaye Gold Smith of Lone, Accra the
sum of five pounds (£5) each.

(i) To my daughters Emma, Victoria, Dora,
and Margaret the balance of my money to be
shared equally.

3.   I give and bequeath to my cousins Robert
Adjehu Lamptey and James Aryee Aryeetey both
of Akotiawe, Otuopai, Accra and my sons
Joseph, Benjamin, Geoffrey and Alfred all
my wearing apparel to be shared equally.

4.   I give and bequeath to Beatrice Afole Afia
Tettoh my Hearson's Patent Incubator with
all accessories complete, my Safe from Brien
and Company of Birmingham, one Bedstead of
German make and one Looking Glass.

5.   I give and bequeath to my children Victoria,
Joseph, Benjamin, Geoffrey, Alfred and
Margaret my Riley Organ and Underwood
Standard Typewriter No. 5 and my 250 shares
No. 27 Share Certificate in the Sierragold
Trust Limited and my 700 shares No. 385 Share
Certificate in the same Company.

6.   I give and bequeath my 500 shares No. 12 Share
Certificate in Bamba Consolidated to my
children Abraham, Henry, Daniel and Dora.

7.   I give and bequeath to my son Alfred all my
books including the Encyclopaedia Brittanica
14th Edition, 1929, and its case.

8.   I give and bequeath to all my children all my
household furniture namely, chairs, tables,
cupboards, and wardrobes to be shared equally.

9.   I give and bequeath to my son Joseph one
Bedstead.

10.  I devise my House No. E.72/2, Boundary Road,
Tudu, Accra conveyed to me by R. A. Solomon
& others by deed dated 22nd January 1931
and consisting of four bedrooms, two halls
and a verandah running from North to South
in which I now reside in the following manner,
that is to say, the two bedrooms and a hall
forming the Southern portion adjoining
property belonging to the late Frederick
Lutterodt I devise to my wife Salome Bertha
Dodoo and her four children Emma, Samuel,
Michael and Abraham in fee simple. The other
two bedrooms and a hall on the Northern side
forming boundary with E. C. Quist's property
and a Proposed Road I devise to Beatrice
Afole Afia Tettoh and my children Victoria,
Joseph, Margaret, Benjamin, Geoffrey and
Alfred in fee simple.

11.  I devise one-half of my land with swish
building thereon lying towards the centre of
my land at No. E.72/2 Boundary Road, Accra
conveyed to me as stated above to my wife
Salome Bertha Dodoo and her said four
children in fee simple.  This land lies
towards the South and corresponds to the
bed rooms and hall allotted to them under

in fee simple. The platform on the Western side adjoining the portion given to Salome Bertha Dodoo and her children shall be divided equally between all the devisees above mentioned.

12. I have by Lease dated 12th December 1947 from me to J. H. Thome leased the Western Portion of my land situate at No. E.72/2 Boundary Road, Tudu, Accra for the period of 50 years under the following terms: the Lessee is to erect a two storey building with stores and outhouses on the land to consist of two apartments, the building on the Northern side of the land will belong to me absolutely and the building on the Southern side will be occupied by the Lessee for the said period of 50 years. I devise the building on the Northern side which will belong to me to all my children and Beatrice Afole Afia Tetteh to be occupied by them for the said period of 50 years. After the expiration of the said period of 50 years I devise the same building to Beatrice Afole Afia Tetteh and my children Emmanuel, Daniel, Victoria, Dora, Joseph, Margaret, Benjamin, Geoffrey and Alfred in fee simple. On the expiration or termination of the said period of 50 years after the Lessee has vacated the other building on the Southern side to be occupied by him, I devise the said building on the Southern side to my wife Salome Bertha Dodoo and her said four children in fee simple.

13. I devise my House No. D.784/4, Knutsford Avenue, Accra conveyed to me by S. A. Wristberg by deed dated 15th September 1925 to my children Victoria, Joseph, Margaret, Benjamin, Geoffrey and Alfred and Beatrice Afole Afia Tetteh in fee simple.

14. I devise my share of two rooms in House No. D 808/3 Cow Lane, Accra to my cousins Alice Akoshia, Janet Na-Awula and Sarah Ama Mensah, and their children in fee simple. I direct that the documents and papers in relation to the said house be delivered to Akoshia Ashong as head of the family of my uncle Alfred Jones Mensah and she may give copies thereof to anyone having a share or interest in the said house.

15. I devise my land at Kpehe, three miles Nsawam Road, Accra conveyed to me by A. Cobblah by deed dated 28th December 1927 in the following manner:

(a) I devise 100 feet by 200 feet of the said land adjoining Ofosu Quartey's property and having on it four corrugated buildings to Beatrice Afole Afia Tetteh and my children Victoria, Joseph, Margaret, Benjamin Geoffrey and Alfred in fee simple.

(b) I devise 100 feet by 100 feet of the said land forming boundary with the land mentioned in Clause 15(a) above to the following members of the family, namely, Mary Okailey Dodoo, Samuel Ashirifi Nunoo, Cobbold Nunoo, Adjua Dedewa, Akoley and

(c) I devise 100 feet by 100 feet of the said
land having boundary with the land mentioned
in Clause 15(b) above to the following members
of the family, namely, Dora Affoko Tetteh,
Mensah Tetteh, Chocho Akua Tetteh and Anno Fofo
Tetteh in fee simple.

(d) I devise 100 feet by 100 feet of the said
land (the extra 12 feet thereof to form a lane
between the lands given in Clauses 15(a), (b),
and (c) above to Salome Bertha Dodoo and her
said four children in fee simple.

NB (e) I devise the remaining plot of the said
land to my children Emmanuel, Daniel and Dora
in fee simple to be shared equally.

16. I devise my land at Achimota, Old Village,
Accra on the Nsawam Road, conveyed to me by
T. Kodjo by deed dated 4th November 1929 to
my grand-children by Emma Chicher and Samuel
Djan Kojo, namely, Jemima Yomotey, Marian
Yomotickor Doku and Na Amposa Menima Dodoo in
fee simple.

17. I devise my land at Kwanyaku Road bounded by
the Old Cemetery, Swedru conveyed to me by K.
Yehuah by deed dated 31st May 1921 to my cousin
Odikro Kwashie Donkor of Aboabo, Oda, Akim-
Kotoku District in fee simple.

18. I devise my land at Nsaba Road, Swedru,
conveyed to me by Yaw Moss by deed dated 28th
May 1935 to Beatrice Afola Afia Tetteh and my
children Victoria, Joseph, Margaret, Benjamin,
Geoffrey and Alfred in fee simple.

19. I devise my House at Saltpond Road, Swedru,
conveyed to me by K. Danioh by deed dated 18th
September 1919 to my children Victoria, Joseph,
Margaret, Geoffrey and Alfred and my brother
Daniel Amartey Adjamah's children, namely,
Samuel Kobina Adjamah and Akua Agyokunwa,
Dantewa, Ama Mansa and Yawa Koley in fee simple.

20. I devise my land at Swedru Road, Winneba
conveyed to me by M. Igbo by deed dated 6th
October 1919 to my Executors and Trustees to
be sold and the proceeds applied in paying the
legacies to the various Churches mentioned
above.

21. I devise my land with cocoa farm thereon at
Asamankese Road, Akroso sold to me by Kwasie
Nyaku under a receipt dated 31st July 1919 to
my children Emma, Abraham and Lord in fee
simple.

22. I devise my land with cocoa farm, foodstuff
farm, and forest land thereon at Teacher near
Odami bounded by a stream flowing Westwards
sold to me by Opanin Kofi Ofori of Akroso,
under Receipts bearing dates 16th September
1919, and 25th April 1946 to Beatrice Afola
Afia Tetteh and my children Victoria, Joseph,
Margaret, Benjamin, Geoffrey and Alfred in
fee simple.

24. I devise my land situate at Kwassa Road, Akroso conveyed to me under deed of Gift from K. Sintim and K. Fori dated 27th June 1919 to my children Emma, Samuel, Michael and Abraham in fee simple.

25. I devise my land with cocoa farm thereon situate at Asene near River Adem which is in care of my nephew Kojo Nyang Techie as caretaker, to my grand-children Abina Kakraba, Yao Eddi Yao and Kobina Buor all of Aboabo in fee simple.

26. I devise my cocoa farm at Aboabo Stream sold to me by Kobina Ansatu, my cocoa farm at Ntimisero stream conveyed to me by John Mensah under deed dated 13th May 1914 and my cocoa farm at Kentenchrem sold to me by Kobina Ntikura to my nephew Samuel Kobina Adjamah, Beatrice Afole Afia Tetteh and my children Victoria, Joseph, Margaret, Benjamin, Geoffrey and Alfred in fee simple.

27. Should I predecease my Aunt Akoshia Ashong alias Akoshia Mettle it is my desire that her funeral expenses not exceeding the sum of twenty guineas (£21) be charged to my estate.

28. Also should I predecease my half-sister Emma Pordoe Darku it is my wish that her funeral expenses not exceeding the sum of fifteen guineas (£15-15/-) be paid out of my estate. During her lifetime my children Emma, Samuel and Michael and Beatrice Afole Afia Tetteh should maintain and look after her.

29. I leave my elder brother Daniel Amartey Adjamah, of Aboabo, Akim Kotoku District to the sole care of Odikro Kwaku Ankama of Aboabo, and on the demise of my said brother his funeral expenses and the cost of his coffin not exceeding the sum of twenty-five guineas (£26-5/-) should be paid out of my estate.

30. It is my sole and affectionate desire that my Executors and Trustees shall be interested in and take care of my young children, Victoria, Joseph, Margaret, Benjamin, Geoffrey and Alfred and any subsequent issue of mine and to give them the best education obtainable in the Gold Coast.

IN WITNESS WHEREOF I Geoffrey William Dodoo have hereunto set my hand the day and year first above written.

SIGNED by the said Geoffrey William) Dodoo as his last Will in the pre- ) sence of us, the undersigned, both )(Sgd) Geof.Wm. being present at the same time, who ) Dodoo at his request in his presence and ) in the presence of each other have ) hereunto subscribed our names as ) witnesses )

(Sgd)    ??  ??
Trader
D 710/4

# *Apostille*

(Convention de La Haye du 5 Octobre 1961)

1.  Country:      United States of America

    This public document

2.  has been signed by **Gizelle J. Meeks**

3.  acting in the capacity of **County Clerk**

4.  bears the seal/stamp of the **county of Jefferson**

Certified

5.  at Albany, New York           6.  the 11th day of March 2016

7.  by Special Deputy Secretary of State, State of New York

8.  No. A-548941

9.  Seal/Stamp                              10.  Signature



_Whitney A Clark_
_____

Whitney A. Clark
Special Deputy Secretary of State

Apostille (REV: 09/25/12)

Benjamin Dodoo, # 09-A-6627
Cape Vincent Correctional Facility
Route 12E, PO Box 739
Cape Vincent, New York
13618

Recording
purpose
only:

In itinere – Mission Statement

# IN THE KINGDOM OF THE POWER OF POWER ON THE SOIL IN AMERICA

Jefferson County        )
                        )
State of New York       ) Scilicet
                        )
united States of America )

**Declaration of Mission Statement by
Spiritual Sentient Being
and Foreign Neutral
under the Absolute Laws
of the Living God in Universal
Jurisdiction**

## BY THESE PRESENTS, GREETINGS:

**KNOW ALL MEN BY THESE PRESENTS;** That I, <u>Benjamin Dodoo</u>, by my gracious acceptance of the spark of life to my soul from the Prime Creator Supreme Authority, and Benefactor of all there is, also known as "God", I am granted free dominion to serve as a co-creator as he ordained.  My Will is His Will… and under the authority of Declaration, for The Trust Written and Recorded at Chapter 9, verses 15 through 21, and at chapter 8, verses 7 through l3, Book of the Hebrews, and the undersigned Benjamin Dodoo, Declarant, and Trustee of said Total Trust, accepts and succeeds the appointment and Office of "trustee", Droit - Droit Dominium Jura in re, as "Foreign Neutral", thereof the Kingdom of the Power of Powers, the sending state, upon and into the united States of America and territories or insular possessions, as the receiving state, as a Neutral *In itinere, ab initio* [ O9/12/73          ], recognized by the receiving state under authority To Wit:
                                                    Date of Birth

- The Ancient Scriptures.
- The 1814 Treaty of Ghent
- The Convention of the Hague, 5th October, 1961.
- Vienna Convention, 18th April, 1961, U.N.T.S. Nos. 7310-7312 vol. 500, pp. 95-239.
- The Ordinance of the Territory North and West of the River Ohio, 1 Stat. 51, 52, July 13th, 1787.
- International Organizations Immunities Act, 9th December, 1945.
- The Vienna Convention on the Law of Treaties-United Nations Document A/Conference 39/27 (1 969), 63 A.J.I.L 875 (1969) at Article 2, ¶ ¶ I(a), (b) and (g), and Article II for "limited accession" per TIAS 100072 33 U.S.T. 883, 527 U.N.T.S. 189.
- The Convention on Rights and Duties of States, 49 Sat. 3097, T.S. 881, 165 L.N.T.S. 19, 3 Bevans 145, done at Montevido Uruguay.
- 26 December 1934 @ Article 2-3 id est. "sovereign ecclesiastical State."
- Convention on the Conflict of Laws Relating to the Form of Testamentary Dispositions, concluded 5th October 1961, #11, et. Seq., Conflict of Law (1993).
- Vienna Convention on Consular Relations and Optional Protocols, Vienna 24th April, 1963, U.N.T.S. Numbers 8638-8640 vol. 596, pp. 262-512.
- Vienna Convention on the Law of Treaties, signed at Vienna 23rd May 1969, U.N.T.S., Entry into

1 of 3 – Mission Statement of *In itinere* by Apostille        Item # 7007071000041138143
                "Errors in all things written and Omissions are consistent with intent."

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, *charge d'affaires*, and other correspondences appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of the Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose."

Done so this 22nd day of December _____ A.D. 2015

Foreign neutral:

/S/ Benjamin Dodoo _____ :

Benjamin Dodoo, Declarant, Foreign neutral,
Ambassador of Christ, Trustee but not
Individually of the Original Jurisdiction in
the Universal Jurisdiction of the
Power of the Powers of the Living God

## Witnesses:

In the Book of 2 Corinthians, Chapter 13, verse l:
"In the mouth of two or three witnesses shall every, word be established."

| Witness signature | Day | Month | Year |
|---|---|---|---|
| Kenneth Revis | 22 | 12 | 2015 |
| | 22 | 12 | 2015 |
| Witness signature | Day | Month | Year |
| | | | |
| Witness signature | Day | Month | Year |

Notarization for the sole purpose of Apostille

## JURAT

SUBCRIBED TO AND SWORN before me this 22 day of December _____, A.D. 2015, a Notary, that Benjamin Dodoo, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same and executed the foregoing.

_____
Notary Public in and for said State
My Commission expires; 2015 _____

Seal; PATRICIA A. RECOR
Notary Public, State of New York
Qualified in Jefferson County
01RE6170583
Commission Expires on July 9, 20 19

In confirmation thereof;

_____

"Errors in all things written and Omissions are consistent with intent."

STATE OF NEW YORK )      I, Gizelle J. Meeks, Clerk of the County of Jefferson and Clerk of the Supreme and
                    )SS    County Courts, which are Courts of Record in and for said County, do hereby Certify:

COUNTY OF JEFFERSON)

That __Patricia A Recor_____, whose name is subscribed to the deposition, certificate of
acknowledgment or proof of the annexed instrument, was at the time of taking the same a NOTARY PUBLIC in and for
the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York;
that pursuant to law a commission, or a certificate of his/her appointment and qualifications, and his/her autograph
signature, have been filed in my office; that as such Notary Public he/she was duly authorized by the laws of the State of
New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages,
powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or
recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted
with the handwriting of such Notary Public, or have compared the signature on the annexed instrument with his/her
autograph signature deposited in my office, and believe that the signature is genuine.

     IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said Courts and County,
this _23_ day of _February_____, 20_16_.

                                      _____ Clerk
                                       GIZELLE J. MEEKS

                                       _____ Deputy Clerk

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK)

)ss.:

COUNTY OF WESTCHESTER)

That I, _Benjamin Dodoo_____, being duly sworn deposes and says:

That on this _5th___ day of _January_____ 20 _17_ , I
submitted to the United State Postal Service located at Martine Avenue in White Plains
N.Y. 10601 one copy of the following papers by **Certified Mail # 7016 0340 0000 6534
5066**: Memorandum of Law and Record in Support of Affidavits and Petition for
Expungement of Criminal Records and Settlement in Behalf of Ambassador; Foreign
Neutral which is seventeen pages (17 pages) total not including exhibits. **Exhibits**: **Exhibit
A**; indictment # 1177-03 void 7 pages plus one page of the District Attorney's demand for
discovery and inspection with Jeanine Pirro's true signature; fraudulent indictment (1
page) and Uniform Sentence & Commitment void (1 page). **Exhibit B**; In itinere-Mission
Statement by Apostille with certificate (5 pages total) and Affidavit and Diplomatic Status
with Certificate of Authentication with certificate; and Affidavit And Property Rights
including Letters of Administration With Will Annexed from Geoffery William Dodoo-In
The Name of God Amen (14 pages total), mailed to the following party: Janet DiFiore
District Attorney et al. of Westchester County at the District Attorney's Office 111 Martin
Luther King, Jr. Boulevard, White Plains, New York 10601.

Sworn before me on
January 5th, 2017

Respectfully submitted,

_____        _Benjamin Dodoo_____

ROSA C RAMON
Notary Public, State of New York
No.04RA6343316
Signature of Notary Public Qualified in Westchester County Ambassador Benjamin Dodoo;
Commission Expires June 6, 20 _20_

Notary Seal;                                        Private Banker

Secured Party Creditor

BENJAMIN DODOO© ens legis

Judica Me Domine quoniam

Certified Mail # 7016 0340 0000 6534 5066

English          Customer Service          USPS Mobile                                    Register / Sign In



USPS.COM®

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70160340000065345066

Updated Delivery Day: Monday, January 9, 2017

## Product & Tracking Information                    ## Available Actions

**Postal Product:**            **Features:**
Priority Mail™                 Certified Mail™          Return Receipt          Text Updates
                               Up to $50 insurance included
                               Restrictions Apply                               Email Updates

                               See tracking for related item: 9590940218766104653425

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 9, 2017 , 10:01 am** | **Delivered, To Agent** | **WHITE PLAINS, NY 10601** |

Your item has been delivered to an agent at 10:01 am on January 9, 2017 in WHITE PLAINS, NY
10601.

| | | |
|---|---|---|
| January 9, 2017 , 9:20 am | Out for Delivery | WHITE PLAINS, NY 10601 |
| January 9, 2017 , 9:10 am | Sorting Complete | WHITE PLAINS, NY 10601 |
| January 9, 2017 , 7:41 am | Arrived at Unit | WHITE PLAINS, NY 10606 |
| January 9, 2017 , 12:51 am | Arrived at USPS Facility | WHITE PLAINS, NY 10610 |
| January 7, 2017 , 12:09 am | In Transit to Destination | |
| January 6, 2017 , 12:09 am | Arrived at USPS Facility | JERSEY CITY, NJ 07097 |
| January 5, 2017 , 4:06 pm | Departed Post Office | WHITE PLAINS, NY 10601 |
| January 5, 2017 , 3:19 pm | Departed Post Office | WHITE PLAINS, NY 10601 |
| January 5, 2017 , 2:03 pm | Acceptance | WHITE PLAINS, NY 10601 |

## Track Another Package                    ## Manage Incoming Packages

Tracking (or receipt) number                Track all your packages from a dashboard.
                                            No tracking numbers necessary.

                          Track It          **Sign up for My USPS ›**



HELPFUL LINKS

ON ABOUT.USPS.COM

About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

OTHER USPS SITES

Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

LEGAL INFORMATION

Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2017 USPS. All Rights Reserved.



# PRIORITY
## ★ MAIL ★

RECEIVED
SDNY PRO SE OFFICE

2017 FEB -8 PM 4:11

S.D. OF N.Y.

📅 DATE OF DELIVERY SPECIFIED*

📶 USPS TRACKING™ INCLUDED*

💲 INSURANCE INCLUDED*

🚚 PICKUP AVAILABLE

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

Please Recycle ♻



**UNITED STATES POSTAL SERVICE.**

*Retail*

**P**

US POSTAGE PAID
**$6.65**

Origin: 10601
Destination: 10007
0 Lb 11.70 Oz
Feb 06, 17
3593500137-13

1006

PRIORITY MAIL ®1-Day

Expected Delivery Day: 02/07/2017    C014

USPS TRACKING NUMBER

9505 5141 8967 7037 0652 51

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14 © U.S. Postal Service; July 2013. All rights reserved.

USM P3
SDNY

FROM: Benjamin Dadoo
244 Fifth Avenue, Suite D47
New York, N.Y. 10001

TO: Att: Judgments Clerk, Clerk's
Office
Individual Practices of Judge
Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007

TYVEK IS RECYCLABLE

©2013, DUPONT™ AND TYVEK® ARE TRADEMARKS OF DUPONT

DuPont™ Tyvek®
Protect What's Inside.™

PRESS FIRMLY TO SEAL



EP14 July 2013

**VISIT US AT USPS.COM®**

**UNITED STATES**