UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN DODOO,

                  Plaintiff,

        -against-

WESTCHESTER COUNTY, *et al.*

                  Defendants.

17-CV-1120 (CM)

MODIFIED CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

    Pursuant to the mandate of the Court of Appeals issued December 28, 2017:

    IT IS ORDERED, ADJUDGED, AND DECREED that the judgment entered June 6, 2017, dismissing the complaint under 28 U.S.C. § 1915(e)(2)(B)(ii), is modified to reflect that any *Heck*-barred portion of the complaint is dismissed without prejudice.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this modified judgment to Plaintiff and note service on the docket.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 9, 2018
               New York, New York

                                                COLLEEN McMAHON
                                                Chief United States District Judge